



Suite 800
505 Montgomery Street
San Francisco, CA 94111-6533

**Thomas R. Burke**
(415) 276-6552 tel
(415) 276-6599 fax

thomasburke@dwt.com

April 2, 2015

Ms. Molly Dwyer
Clerk of the Court
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103

    Re:    Motion of Public.Resource.Org For Exemption From PACER Fees

Dear Ms. Dwyer:

    Enclosed is a Motion filed pursuant to 28 U.S.C. § 1913 and the Electronic Public Access Fee Schedule of the Judicial Conference of the United States seeking an exemption from PACER user access fees on behalf of our client Public.Resource.Org ("Public Resource"). Because this request is for a global public interest research project and is not connected to any particular appeal, there is no associated case number. Therefore, Public Resource is manually filing the Motion and supporting declarations and exhibits, and it respectfully requests that the Court assign this matter a miscellaneous docket number.

    If you would like to discuss this matter, please do not hesitate to call me at (415) 276-6552, or to contact me via email at thomasburke@dwt.com.

                                    Sincerely,
                                    Davis Wright Tremaine LLP

                                    Thomas R. Burke

DWT 26570032v1 0050033-000045

Anchorage    New York    Seattle
Bellevue    Portland    Shanghai
Los Angeles    San Francisco    Washington, D.C.

www.dwt.com