FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

AUG 22 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| HOW GUIN ROBERT FONG,<br><br>   Appellant,<br><br> and<br><br>JUN-EN ENTERPRISE, a Taiwan corporation; et al.,<br><br>   Plaintiffs,<br><br>  v.<br><br>PETER K. LIN; et al.,<br><br>   Appellees,<br><br> and<br><br>SHI RU YANG; et al.,<br><br>   Defendants. | No. 14-55694<br><br>D.C. No. 2:12-cv-02734-PSG-SS<br>Central District of California,<br>Los Angeles<br><br><br>ORDER |

Before: SCHROEDER, THOMAS, and N.R. SMITH, Circuit Judges.

  A review of the record and appellant's response to this court's May 13, 2014 order to show cause demonstrates that this court lacks jurisdiction over the appeal because the orders challenged in this appeal are not final or appealable. *See*

SM/Pro Se

*Cunningham v. Hamilton County*, 527 U.S. 198 (1999) (sanctions order imposed on attorney in an ongoing proceeding is not a final decision under section 1291); *see also Rosenfeld v. United States*, 859 F.2d 717, 721-22 (9th Cir. 1988) (grant or denial of interim attorney's fees against a party is generally not an appealable final order under 28 U.S.C. § 1291). Consequently, this appeal is dismissed for lack of jurisdiction.

**DISMISSED**.