UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 16 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JUN-EN ENTERPRISE, a Taiwan corporation; AGAPE INDUSTRY CO., LTD, a Taiwan corporation,<br><br>      Plaintiffs,<br><br> v.<br><br>PETER K. LIN; AGAPE INDUSTRIAL, INC.,<br><br>      Appellees,<br><br>v.<br><br>HOW GUIN ROBERT FONG,<br><br>      Appellant,<br><br> and<br><br>SHI RU YANG; SHIU-YING LU,<br><br>      Defendants. | No. 14-55694<br><br>D.C. No. 2:12-cv-02734-PSG-SS<br>U.S. District Court for Central California, Los Angeles<br><br>**MANDATE** |

The judgment of this Court, entered August 22, 2014, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Margoth Turcios
Deputy Clerk