UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 07 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DAVISON DESIGN & DEVELOPMENT, INC., a Pennsylvania corporation; et al.,<br><br>  Plaintiffs-counter-defendants – Appellees/ Cross-appellants,<br><br> v.<br><br>CATHY RILEY, an individual,<br><br>  Defendant-counter-claimant – Appellant/ Cross-appellee. | Nos. 13-17449, 13-17561<br><br>D.C. No. 4:11-cv-02970-PJH<br>U.S. District Court for Northern California, Oakland<br><br>**ORDER** |

 The first brief on cross-appeal submitted on April 7, 2014 is filed.

 Within 7 days of this order, appellant/cross-appellee is ordered to file 7 copies of the brief in paper format, with a blue cover, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. A sample certificate is available on the Court's website, www.ca9.uscourts.gov, at the Electronic Filing - ECF link.

 The paper copies shall be printed from the PDF version of the brief created from the word processing application, not from PACER or Appellate ECF.

The Court has reviewed the excerpts of record submitted on April 7, 2014. Within 7 days of this order, appellant/cross-appellee is ordered to file 4 copies of the excerpts in paper format, with a white cover. The paper copies must be in the format described in 9th Circuit Rule 30-1.6.

The paper copies shall be submitted to the principal office of the Clerk. For regular U.S. mail, the address is P.O. Box 193939, San Francisco, CA 94119-3939. For overnight mail, the address is 95 Seventh Street, San Francisco, CA 94103-1526.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Chanel Trevino
Deputy Clerk