Docket No. 16–15469

_____

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

_____

NARUTO, by and through his Next Friend,
*Plaintiff-Appellant,*

v.

DAVID J. SLATER, *et al.*,
*Defendants-Appellees*

_____

On Appeal from the United States District Court
for the Northern District of California

_____

## MOTION TO CORRECT CAPTION

_____

David A. Schwarz
Daniel L. Allender
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 277–1010
Facsimile: (310) 203–7199

Matthew D. Strugar
PETA FOUNDATION
2154 W. Sunset Blvd.
Los Angeles, California 90026
Telephone: (323) 739–2701
Facsimile: (213) 484–1648

Attorneys for Plaintiff-Appellant Naruto

## <u>Corporate Disclosure Statement</u>

Pursuant to Federal Rule of Appellate Procedure 26.1, Next Friend People for the Ethical Treatment of Animals, Inc., certifies that People for the Ethical Treatment of Animals, Inc., has no parent corporations of publicly held affiliates, and no publicly held corporations own 10% or more of the People for the Ethical Treatment of Animals, Inc., stock.

Dated:  May 10, 2016          IRELL & MANELLA LLP

By:   /s/ David A. Schwarz
      David A. Schwarz
Attorneys for Plaintiff–Appellant Naruto, by and through his Next Friend, People for the Ethical Treatment of Animals, Inc.

## **Motion**

Plaintiff -Appellant Naruto, a Crested Macaque ("Naruto"), by and through his Next Friend, People for the Ethical Treatment of Animals, Inc. ("PETA"), respectfully submits this motion to correct the caption by removing Antje Engelhardt, Ph.D. ("Dr. Engelhardt") as a Plaintiff-Appellant.

At present, the docket incorrectly lists Dr. Engelhardt as a Plaintiff-Appellant. Neither Dr. Engelhardt nor PETA is the Plaintiff-Appellant. The sole Plaintiff-Appellant is Naruto, by and through his Next Friend, PETA. Because Dr. Engelhardt was erroneously captioned as a separate party, Plaintiff-Appellant respectfully moves the Court to correct the caption by removing Dr. Engelhardt.

On May 4, 2016, Naruto filed a Notice of Withdrawal of Dr. Engelhardt as Next Friend. *See* Dkt. No. 9. Dr. Engelhardt is no longer acting as Next Friend in this proceeding. PETA shall remain responsible for maintaining this litigation and fulfilling the duties of a Next Friend pursuant to Federal Rule of Civil Procedure 17(c).

Dated: May 10, 2016                 IRELL & MANELLA LLP

By:   /s/ David A. Schwarz
       David A. Schwarz
Attorneys for Plaintiff–Appellant Naruto, by and through his Next Friend, People for the Ethical Treatment of Animals, Inc.

| 9th Circuit Case Number(s) | 16-15469 |
|---|---|

**NOTE:** To secure your input, you should print the filled-in form to PDF (File > Print > *PDF Printer/Creator*).

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATE OF SERVICE
### When All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date)  05/10/2016 .

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Signature (use "s/" format)  | s/ David A. Schwarz

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATE OF SERVICE
### When <u>Not</u> All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) .

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users.  I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

Signature (use "s/" format)