# No. 13-35390

IN THE
## UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

---

**HUONG HOANG, an individual,**
*Plaintiff—Appellant,*

*v.*

**AMAZON.COM, INC., a Delaware Corporation;**
**IMDB.COM INC., a Delaware Corporation,**
*Defendants—Appellees.*

---

APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON
MARSHA J. PECHMAN, DISTRICT JUDGE • CASE NO. 11-CV-01709-MJP

---

Brief of *Amici Curiae* in Support of Plaintiffs-Appellants by
Screen Actors Guild - American Federation of Television & Radio Artists
and Writers Guild of America, West, Inc.

---

ANTHONY R. SEGALL
KATHERINE S. CHRISTOVICH
WRITERS GUILD OF AMERICA, WEST, INC.
7000 W. Third St.
Los Angeles, CA  90048-4329
Phone  323.782.4526
Fax  323.782.4801

DUNCAN W. CRABTREE-IRELAND
DANIELLE S. VAN LIER
SCREEN ACTORS GUILD-AMERICAN
  FEDERATION OF TELEVISION AND
  RADIO ARTISTS
5757 Wilshire Blvd., 7th Fl.
Los Angeles, CA 90036
Telephone: (323) 549-6627
Facsimile: (323) 549-6624

*Counsel of Record for Amici*

# TABLE OF CONTENTS

Page

TABLE OF AUTHORITIES ................................................................ iii

CORPORATE DISCLOSURE STATEMENT ................................... v

INTEREST OF THE AMICI .............................................................. 1

SUMMARY OF ARGUMENT ........................................................... 3

ARGUMENT .................................................................................... 5

A.    IMDb is Used Widely in the Entertainment Industry, Including by Casting Professionals ................................................................ 5

    1.    IMDb Bills itself As "The World's Most Popular and Authoritative Source for Movie, TV and Celebrity Content." ................................. 5

    2.    IMDb is Aware That Casting Professionals Use IMDb Profiles, Including Birthdate Information, in Deciding Whom to Cast ............ 9

    3.    IMDb Claims to Strive For Accuracy, But It Refuses To Delete Inaccurate Information .................................................................. 10

B.    Improper Use of Birthdates Is a Very Real Concern for Entertainment Industry Professionals .................................................. 13

    1.    Age Discrimination Is a Very Real Concern in the Entertainment Industry .................................................................. 13

        a.    Data Indicates That Performers, Especially Women, Over the Age of 40 Are Underrepresented On Screen ........................... 13

        b.    Age Discrimination Against Writers Was Recently Brought to Light in Class Litigation Against Multiple Studios ................. 16

        c.    Performers Report Incidents of Casting Professionals Referencing Age Posted on IMDb To Deny Roles/Auditions. 17

        d.    *Amici* Have Attempted To Engage IMDb To Address Their Members' Concerns ............................................................. 18

    2.    Concerns about Identity Theft and Privacy Also Impact Individual Decisions Regarding Disclosure of Birthdates ................... 19

a. Studies Have Shown That Birthdates Can Be Used To Glean Other Information about an Individual .................................20

b. Courts Are Starting To Recognize That Birthdates Should Be Treated As Private Information ................................21

3. Misuse of IMDb Profile Information Can Cause Individuals Harm ..24

C. The Use of Account Information to Discover Non-Public Information Is A Serious Breach of Trust ...........................................................25

1. Because Of IMDb's Stature in the Industry, Industry Professionals Have Little Choice but to Engage with It .........................................25

2. IMDb's Misuse of Junie Hoang's Personal Account Information Far Outweighed Any Alleged Breach by Her .........................................28

CONCLUSION ...................................................30

# <u>TABLE OF AUTHORITIES</u>

<u>Pages</u>

**Cases**

*Alch v. Superior Court*, 122 Cal. App. 4th 339, 19 Cal. Rptr. 3d 29 (2004)...........16

*Governor's Office of Admin. v. Purcell*, 35 A.3d 811(Pa. Commw. Ct. 2011) .22, 23

*Hoang v. Amazon.com, Inc.*, No. C11-1709MJP, 2012 U.S. Dist. LEXIS 45498
    (W. D. Wa Mar. 30, 2012) .......................................................................27, 28

Okla. Pub. Emples. Ass'n v. State ex rel. Okla. Office of Pers. Mgmt., 267 P.3d
    838, 2011 OK 68 (Okla. 2011)..................................................................21, 22

**Other Authorities**

Alessandro Acquisti & Ralph Gross, *Predicting Social Security Numbers from
    Public Data*, 106 (27) PNAS: Proceedings of the National Academy of the
    United States of America, 10975-10980 (2009) *available at*
    http://www.pnas.org/content/106/27/10975.full.pdf+html ........................20, 21

Horatia Harrod, *Unsung Heroes of the Film Industry*, Oct. 8, 2010, *available at*
    http://www.telegraph.co.uk/culture/8050580/Unsung-heroes-of-the-film-
    industry.html................................................................................................. 6

IMDb.com, *About Us*, *available at* http://www.imdb.com/pressroom/about/ ......5, 6

IMDb.com, *Help*, "How can I delete my biography? I keep sending requests to
    delete it but they never get processed."*available at*
    http://www.imdb.com/help/show_leaf?deletebio ...........................................12

IMDb.com, *Help,* "How much information do you actually have and how current is
    it?", *available at* http://www.imdb.com/help/show_leaf?statistics ................... 6

IMDb.com, *Help*, "How/where do you get your information? How
    accurate/reliable is it?" *available at*
    http://www.imdb.com/help/show_leaf?infosource ..........................................11

IMDb.com, *Help*, "What is IMDb Resume?"*available at*
http://www.imdb.com/help/show_leaf?whatisresume ...................................... 8

IMDb.com, *IMDb Database Statistics*, *available at* http://www.imdb.com/stats.... 6

IMDb.com, *Press Room*, "Celebrity Quotes," *available at*
http://www.imdb.com/pressroom/celebrity_quotes/ ...................................7, 8, 9

IMDb.com, *Press Room*, "Press Pull Quotes," *available at*
http://www.imdb.com/pressroom/press_pull_quotes/..............................7, 8, 10

Jenelle Riley, *Col Needham Is the Man Behind IMDb*, Backstage (Aug. 2, 2013),
*available at* http://www.backstage.com/advice-for-actors/inside-job/col-
needham-man-behind-imdb/ ..........................................................................10

Richard Verrier, *Hollywood Writers' Age-Discrimination Case Settled*, Jan. 23,
2010, *available at* http://articles.latimes.com/2010/jan/23/business/la-fi-ct-
writers23-2010jan23 ....................................................................................17

SAG Affirmative Action and Diversity Department, 2007-2008 Casting Data
Reports, a*vailable at* http://www.sagaftra.org/files/sag/documents/2007-
2008_CastingDataReports.pdf .......................................................................15

SAG Research & Econ. Dept., SAG Capped Session Earnings by Gender and Age,
(Nov. 2011)...................................................................................................14

Security Number Randomization, *available at*
http://www.socialsecurity.gov/employer/randomization.html .........................20

This is Bristol, *Bristol Father of Two Is Hollywood Movie Website Entrepreneur*,
Dec.18, 2010, *available at* http://www.bristolpost.co.uk/POWERFUL-MAN-
MOVIES/story-11291482-detail/story.html ..................................................6, 7

## <u>CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to Rules 26.1 and 29(c) of the Federal Rules of Appellate Procedure, *Amici* provide the following disclosures of corporate identity:

Amicus Screen Actors Guild-American Federation of Television and Radio Artists certifies that it is a Delaware non-profit corporation; it does not offer stock; and it has no parent corporation.

Amicus Writers Guild of America, West, Inc. certifies that it is a California non-profit corporation doing business as a labor organization; it does not offer stock; and it has no parent corporation.

Counsel for the parties did not author this brief. The parties have not contributed money intended to fund preparing or submitting the brief. No person other than amici curiae, their members, or their counsel contributed money that was intended to fund preparing or submitting the brief.

## INTEREST OF THE AMICI

*Amicus* Screen Actors Guild-American Federation of Television and Radio Artists ("SAG-AFTRA") is the nation's largest labor union representing working media artists. SAG-AFTRA represents more than 165,000 actors, announcers, broadcasters, journalists, dancers, DJs, news writers, news editors, program hosts, puppeteers, recording artists, singers, stunt performers, voiceover artists and other media professionals. In 2012, SAG-AFTRA was formed through the historic merger of two labor unions: Screen Actors Guild ("SAG") and the American Federation of Television and Radio Artists ("AFTRA"). SAG-AFTRA members are the faces and voices that entertain and inform America and the world. With national offices in Los Angeles and New York, and local offices nationwide, SAG-AFTRA exists to secure strong protections for media artists.

*Amicus* Writers Guild of America, West, Inc.  (WGAW) is a labor organization and the collective bargaining representative of approximately 11,000 professional writers in the motion picture, television and new media industries. The WGAW's mission is to protect the economic and creative rights of the writers it represents.

For at least a decade, SAG-AFTRA[1] and WGAW have received complaints

---

[1]    For simplicity, where efforts began under one or both of SAG-AFTRA's predecessor unions and continue to present, SAG-AFTRA is used herein to refer to itself and to its predecessor unions.

from their members regarding information posted on IMDb.com ("IMDb"). Frequently, members object to the display of factually correct information that they considered private (*e.g.*, birthdates, biographical information). Others complain about factually incorrect information (*e.g.*, alleged spouses, incorrect birthdates). The common theme throughout all the complaints is the difficulty in contacting IMDb to request changes to information and IMDb's unwillingness to remove or correct information. Over the years, *amici* have attempted to engage IMDb to both assist their members in correcting incorrect information and to discuss the broader policy issues and privacy concerns inherent in publishing personal information, particularly with regard to non-celebrities like Plaintiff-Appellant, Junie Hoang ("Hoang"). To date, *amici's* efforts have been for naught.

Additionally, SAG's Deputy National Executive Director and General Counsel was identified as a witness for Hoang and had submitted a declaration early in the litigation supporting Hoang's opposition to IMDb's motion to dismiss and her request to proceed anonymously. Inexplicably, he was one of the twelve witnesses with relevant information that Hoang's counsel stipulated to exclude.

Accordingly, *amici* have an interest in this litigation.

## SUMMARY OF ARGUMENT

IMDb is a powerful resource in the entertainment industry with the power to make or break careers. Individuals with casting and hiring authority rely on IMDb for information used to make decisions in the casting and hiring process. IMDb acknowledges and even promotes the fact that it wields so much power.

The information contained in IMDb's databases comes from a variety of sources, including third parties who have no relationship to, nor authority from, the individuals whose information they are posting. Frequently, individuals discover that information they consider private, including birthdates and biographical information, has been posted without their consent. It is not uncommon for this information to be inaccurate. However, IMDb refuses to remove any information without documented proof that is incorrect. When an individual provides such proof, the correct information will then be posted to IMDb, even over the individual's objections. Individuals are therefore trapped between two equally undesirable options – having inaccurate information displayed or allowing accurate information to be posted against their wishes.

Individual IMDb profiles contain information that most people would consider private and that can be used for improper purposes. In particular, birthdates can be – and are – used to facilitate age discrimination in the casting and hiring process. *Amici* have received numerous complaints from members who were

3

told they were not hired based on the birthdate posted on IMDb despite, in the case of actors, having a portrayable age range that was significantly younger. Women over 40, in particular, are underrepresented on-screen, so the difficulties in finding work are exacerbated when they become pigeonholed by information posted to IMDb, often without their consent.

Also troubling is the fact that the combination of an individual's name, birth place, and birthdate can be used to glean that individual's social security number, putting the individual at risk for identity theft. Similarly, biographical information and trivia entries have the potential to invade the privacy of third parties and can be used to perpetrate scams.

Finally, IMDb committed an unconscionable breach of trust when it accessed its payment systems to obtain information submitted by Hoang and then used that information to obtain information about Hoang from a third party. Entertainment professionals have little choice but to engage with IMDb to manage their reputation as embodied within IMDb's database. These individuals have to feel confident that IMDb will not misuse information they submit in connection with their accounts.

## ARGUMENT

**A.    IMDb is Used Widely in the Entertainment Industry, Including by Casting Professionals**

IMDb.com is a powerful and well-connected player in the entertainment industry. Between the free IMDb.com service and the paid subscription-based IMDbPro.com service, individuals with casting and hiring authority in the entertainment industry rely on IMDb to obtain information used for decision-making. IMDb has the ultimate, sole and exclusive control over the content presented on its sites. Given its unique position as the pre-eminent source relied on by casting and hiring personnel to obtain and verify information about prospective employees, IMDb wields extraordinary influence and power.

**1.    IMDb Bills itself As "The World's Most Popular and Authoritative Source for Movie, TV and Celebrity Content."**

The "About Us" page on IMDb describes it as "the world's most popular and authoritative source for movie, TV and celebrity content." IMDb.com, *About Us*, *available at* http://www.imdb.com/pressroom/about/ (last visited Nov.4, 2013). It further states that the "IMDb consumer site (www.imdb.com) is the #1 movie website in the world with a combined web and mobile audience of more than 160 million unique monthly visitors." *Id.* IMDb reports that its searchable database contains more than 130 million data items including listings for over 2 million

movies, television and entertainment programs and over 4 million cast and crew members.[2] *Id.*

According to a 2010 profile in *The Telegraph*, "[a] Hollywood mogul once told [Col] Needham, [IMDb's founder and CEO], 'there are two things you need to be a film producer in LA: one is a cellphone and the other is access to IMDb'." Horatia Harrod, *Unsung Heroes of the Film Industry*, Oct. 8, 2010, *available at* http://www.telegraph.co.uk/culture/8050580/Unsung-heroes-of-the-film-industry.html (last visited Nov. 4, 2013). Similarly, a profile in the *Bristol Post* notes, "the site has grown into one of the most important tools in the film industry – the opinions of its army of movie fans can make or break careers in Hollywood." This is Bristol, *Bristol Father of Two Is Hollywood Movie Website Entrepreneur*, Dec.18, 2010, *available at* http://www.bristolpost.co.uk/POWERFUL-MAN-MOVIES/story-11291482-detail/story.html (last visited Nov. 4, 2013). While recognizing the value as a tool for fans, the article goes on to note that "the real

---

[2]    The "IMDb Database Statistics" page provides a more detailed snapshot of the numbers. According to the statistics page, there are 2,688,610 titles spanning 28 media categories and 5,540,189 people (with an aggregate  54,628,985 credits), which includes 2,282,842 individuals who have been credited in one or more projects as an actor or actress and 422,432 credited as writers. IMDb.com, *IMDb Database Statistics*, *available at* http://www.imdb.com/stats (last visited Nov. 4, 2013). The data is updated daily or more frequently. IMDb.com, *Help*, "How much information do you actually have and how current is it?", *available at* http://www.imdb.com/help/show_leaf?statistics (last visited Nov. 4, 2013).

power of IMDb is in the service it offers to film industry professionals for a fee."

*Id.*

A sampling of quotes IMDb included in the "Press Room" section of its site demonstrates just how ubiquitous IMDb has become in the entertainment industry, not just as a resource for curious fans, but for industry professionals:

- "By chronicling everyone who ever worked on a film, the service has become a de facto directory of just about everyone from key grips to producers, actors and directors." IMDb.com, *Press Room*, "Press Pull Quotes," *available at* http://www.imdb.com/pressroom/press_pull_quotes/ (quoting an unidentified *New York Times* article) (last visited Nov. 4, 2013).

- "Perhaps the most remarkable thing about Col Needham's creation [IMDb] is that, by being the default destination for cinema-goers, he can now influence the movies made for their consumption." *Id.* (quoting an unidentified *UK Guardian* article).

- Actor Jake Gyllenhaal stated that he doesn't "know a person who doesn't use [IMDbPro]. It's a tremendous resource…in getting information and making creative choices." IMDb.com, *Press Room*, "Celebrity Quotes," *available at* http://www.imdb.com/pressroom/celebrity_quotes/ (last visited Nov. 4, 2013).

- Actor Armie Hammer described it as "the industry tool and standard." *Id.*

This sentiment is echoed repeatedly, with articles describing IMDb as having the power to make and break careers or to raise the profile of films enough to aid in raising financing.[3]

---

[3]    According to an unidentified UK Telegraph article r on IMDb's Press Room page: "Industry experts say IMDb has the power to make or break careers with

Recognizing its position as the preeminent source for information on entertainment professionals, IMDb developed a resume service. In its own words, "IMDb Resume is an IMDbPro feature designed for actors and crew in the entertainment industry [that] gives [them] maximum exposure to IMDb's 160 million unique users (including key industry decision makers)…" IMDb.com, *Help*, "What is IMDb Resume?"*available at* http://www.imdb.com/help/show_leaf?whatisresume (last visited Nov. 4, 2013). IMDb Resume allows IMDbPro subscribers to update their resume and photos as often as they like. *Id.* The IMDb Resume is the only part of IMDb that allows a user control over his or her own information, in resume form . However, age and other personal information displayed on the individual's IMDb.com and IMDbPro profile are unaffected by changes to the IMDb Resume.

---

information on more than 3.2 million actors and professionals working in the industry. The IMDbPro site has become the industry guide and users pay an extra fee to see exactly what film fans across the world are searching for. The figures are regarded as industry 'gold' and can make or break careers in the notoriously tough industry." IMDb.com, *Press Room*, "Press Pull Quotes," *available at* http://www.imdb.com/pressroom/press_pull_quotes/ (last visited Nov. 4, 2013).

Producer-hyphenate Eli Roth is further quoted as saying: "It was because IMDb had chosen my photo gallery and we got so many clicks that we became the #1 most viewed photo gallery that I was able to raise the rest of the financing for the film." IMDb.com, *Press Room*, "Celebrity Quotes," *available at* http://www.imdb.com/pressroom/celebrity_quotes/ (last visited Nov. 4, 2013).

2. **IMDb is Aware That Casting Professionals Use IMDb Profiles, Including Birthdate Information, in Deciding Whom to Cast**

The IMDb Press Room pages are replete with quotes from industry professionals describing their use of IMDb in the casting process. A quote from actress Olivia Wilde, a former casting assistant, illustrates just one example: "I used to be a casting assistant so 90% of my day was spent on IMDb checking everybody's representatives." IMDb.com, *Press Room*, "Celebrity Quotes," *available at* http://www.imdb.com/pressroom/celebrity_quotes/ (last visited Nov. 4, 2013).

IMDb cannot avoid – and actually takes great pride in – the fact that casting and production professionals use the site to screen candidates, including based on actual age rather than the age range a performer can depict.[4] Most telling is a quote from an unidentified Vanity Fair article about casting the role of "Edward" in the *Twilight* film series:

> "An executive at the studio, Summit Entertainment president of worldwide production Erik Feig, recalls saying to a colleague before going to lunch one day, 'I know we've looked. I just feel there are a couple of rocks that we haven't checked under.' I said, 'There have to be British actors that we don't know about that are this guy, who can do a great American accent.' I said, 'Do me a favor. Go to IMDb and look at every young actor, from age 15 to 25, who was in Harry Potter or anything, even a tiny role, print out their

---

[4]     It is customary for actors, who often can play characters older or younger than their biological age, to indicate a "portrayable age" range that they can depict, rather than actual age.

headshots.' I came back from lunch. She had all these pictures, and she said, as we were going through the pictures, 'What about this guy?' And I saw a picture of Cedric Diggory [the character Pattinson played in Harry Potter and the Goblet of Fire]. I said, 'He's great!' … And the look that jumped out to me at that point, and I know it's a silly adjective to use, he was Byronic.'"

IMDb.com, *Press Room*, "Press Pull Quotes," *available at*

http://www.imdb.com/pressroom/press_pull_quotes/ (quoting an untitled

undated *Vanity Fair* article) (last visited Nov. 4, 2013).

Needham, has repeated variations of this story in numerous interviews. In an

interview with *Backstage* in which he was asked for stories about actors being cast

through IMDb, he stated,

"[m]y personal favorite is Robert Pattinson, who was cast in 'Twilight' as a result of an IMDbPro search. Summit was trying to find the right actor to play Edward, and it became a case of going to IMDbPro and looking for actors 15 to 25. Somebody diligently printed all that information out, spread it on the table, and found Rob via his IMDbPro page."

Jenelle Riley, *Col Needham Is the Man Behind IMDb*, Backstage (Aug. 2, 2013),

*available at* http://www.backstage.com/advice-for-actors/inside-job/col-needham-

man-behind-imdb/ (last visited Nov. 4, 2013).

### 3.   IMDb Claims to Strive For Accuracy, But It Refuses To Delete Inaccurate Information

According to IMDb's Frequently Asked Questions ("FAQ"): "[t]he

information in the Internet Movie Database comes from various sources. While we

actively gather information from and verify items with studios and filmmakers, the bulk of our information is submitted by people in the industry and visitors like you." IMDb.com, *Help*, "How/where do you get your information? How accurate/reliable is it?" *available at*

http://www.imdb.com/help/show_leaf?infosource (last visited Nov. 4, 2013). Frequently, personal information is submitted with the individual's consent by an agent, manager, publicist, or other authorized party . But IMDb also accepts personal information from third parties who have no relation to or authorization from the individual – information that the individual may consider private or that may be erroneous. Many individuals, like Hoang, make a concerted effort to maintain distance between their professional and personal identities – often using a different name professionally – and this  information might blur that line.

For at least a decade, *Amici* have received complaints from their members that personal information – including birthdates and biographical information – has appeared on their IMDb profiles without their consent. IMDb claims to "welcome corrections and submissions" to inaccurate information. IMDb.com, *Help*, "How/where do you get your information? How accurate/reliable is it?" available at http://www.imdb.com/help/show_leaf?infosource (last visited Nov. 4, 2013). But IMDb's practices differ significantly from their claimed openness to

11

corrections.[5] Hoang's multi-year efforts to remove her incorrect birthdate are but one example. *Amici* have received numerous reports of IMDb's unwillingness to remove unauthorized or inaccurate information, including frequent reports of an inability to even reach anyone within IMDb to assist in the request. These issues have persisted even for individuals who engaged attorneys to communicate with IMDb. And *Amici* are aware of instances where patently false biographical information has not been removed by IMDb despite multiple requests by the affected professional.

IMDb has the ultimate, sole and exclusive control over the content presented

---

[5]    IMDb's policy regarding corrections to biographies is exemplary of its control over information. According to IMDb: "[i]t is our policy not to remove biographies in their entirety, unless we first receive an updated or amended version. However, if you are aware of inaccuracies contained within an existing biography and bring them to our attention, we will investigate and if appropriate, remove or amend the offending items.

"Please note that replacing a biography that fits our guidelines and contains a good deal of background information with one containing almost no interesting information will be considered the same as attempting to delete a biography." IMDb.com, *Help*, "How can I delete my biography? I keep sending requests to delete it but they never get processed."*available at* http://www.imdb.com/help/show_leaf?deletebio (last visited Nov. 4, 2013)

This policy is concerning in many respects. Biographies, as with other profile information, can be submitted by anyone with an IMDb login, irrespective of whether the individual has consented to disclosure of the information. By IMDb's own policies, an inaccurate biography replete with falsehoods – whether intentional or inadvertent – will not be deleted unless it is replaced with a corrected version, even if the professional did not want any biography posted in the first place.

on its sites. Given its unique position as the source relied on by casting and hiring personnel to obtain and verify information about prospective employees, it has extraordinary influence and power. Should IMDb decide, for example, to negatively alter or remove an actor's or writer's record in their database, the damage to that individual's ability to make a living and support a family would be very serious and perhaps irremediable.

**B.    Improper Use of Birthdates Is a Very Real Concern for Entertainment Industry Professionals**

Like the public at large, entertainment industry professionals have various reasons for not disclosing their birthdates publicly, particularly online. The potential for age discrimination represent the most common concern expressed to *Amici* by their members. Other members are concerned with the possibility of identity theft when a birthdate is publicly disclosed in conjunction with other personal information, including one's name and place of birth.

**1.    Age Discrimination Is a Very Real Concern in the Entertainment Industry**

**a.    Data Indicates That Performers, Especially Women, Over the Age of 40 Are Underrepresented On Screen**

In accordance with SAG's collective bargaining agreements, entertainment industry employers collect and report data about the individuals hired to perform under those collective bargaining agreements. SAG, and now SAG-AFTRA, regularly conducts an analysis of these casting data reports. That data consistently

13

shows that actors and performers over the age of 40 are very significantly underrepresented onscreen. Recent data shows that roles portrayed by female actors over age forty are less than half their actual representation in the population. Given that many actors can portray a range of ages that can be as much as a ten year span, or even more, allowing oneself to be prematurely pigeon-holed as an "over 40" actress can be very harmful. The loss of work that can result not only affects the actor's ability to pay the rent or buy groceries, but also affects eligibility for health insurance and pension credits, and can have lifelong and substantial consequences.

According to a November 2011 report by SAG's Research and Economics Department, gender and age play a considerable role in a performer's earnings potential. SAG Research & Econ. Dept., SAG Capped Session Earnings by Gender and Age, (Nov. 2011). A copy of the report is attached as Exhibit A. The report found that "[w]hile male actors between the ages of 41 and 50 represent the segment with the greatest earning potential, female actresses experience a drop-off in total earnings after the age of 40." *Id.* For women, the age bracket with the highest earnings was between the ages of 31 and 40. *Id.* Notably, only 37% of all capped session earnings earned by women are earned by those over 40. *Id.* For both men and women earnings declined precipitously over the age of 50. *Id.*

14

An analysis of SAG Casting Data Reports[6] from 2007 and 2008 (the most recent published report) provides a clear illustration of the underrepresentation of women over 40 in entertainment projects. SAG Affirmative Action and Diversity Department, 2007-2008 Casting Data Reports, a*vailable at* http://www.sagaftra.org/files/sag/documents/2007-2008_CastingDataReports.pdf (last visited Nov. 6, 2013). According to the report, in 2007, women over 40 represented only 28% of all live action television and theatrical female roles and only 25% of female lead roles. *Id.* at 12. Contrast this to their male counterparts where men over 40 represented 41% of all roles and of lead roles, specifically. *Id.* In 2008, women over 40 represented 29% of all female roles and 27% of female lead roles. *Id.* at 13. These figures are more troubling when looked at in comparison to census data. In 2008, women over 40 represented 45.2% of the female population but only 28% of female roles. *Id.* at 14. The percentage of roles for men over 40 was nearly even to their percentage of the male population as a whole. *Id.* Studies conducted more recently show similar disproportions.[7]

---

[6]     SAG Casting Data Reports are filled out by producers on the set of SAG-covered productions and are based on the producer's visual inspection of which gender, age range and ethnicity each covered performer falls into.  Accordingly, these reports may not reflect a performer's actual age but, rather the portrayable age range into which a performer fits.

[7]     Internal SAG research from 2010 shows roles for both men and women under 40 represented a strong majority of total roles in SAG-covered productions. For example, between 2006 and 2010, network television roles for women over 40 represented between 25.3% and 33.1% of all female roles. Statistics for theatrical

### b.    Age Discrimination Against Writers Was Recently Brought to Light in Class Litigation Against Multiple Studios

Beginning in 2000 and continuing for over a decade, a series of 23 class actions brought by hundreds of writers over the age of 40 against 12 different groups of related television networks, studios and production companies and 11 talent agencies shed light on discriminatory hiring practices in the entertainment industry. *Alch v. Superior Court*, 122 Cal. App. 4th 339, 19 Cal. Rptr. 3d 29 (2004). The writers alleged that "the networks and studios have a youth-oriented corporate culture that indiscriminately favors youth over age and experience" and that they would "seek out and hire younger writers to the exclusion of older writers." *Id.* at 353-353. According to the suits, "[t]he networks and studios invidiously stereotype older writers as unable to write television programming that will attract the desired demographic audience, or as lacking the vitality necessary to meet the demands of modern television writing." *Id.* at 353. The writers alleged a pattern and practice of such behavior, evidenced by public statements by agents and employees of the defendant companies. *Id.* They also alleged that the talent agencies were aware of the studios' discriminatory practices and had their own financial motive to further the practices. *Id.*

---

productions, pay television and basic cable were similar, with basic cable and pay television having the highest percentage of over-40 employment in 2010 at 36.9% and 38.6%, respectively.

Although ageism and age discrimination was a frequent subject of complaint prior to the litigation, few writers would raise the issue for fear of losing their jobs or being blacklisted. Richard Verrier, *Hollywood Writers' Age-Discrimination Case Settled*, Jan. 23, 2010, *available at* http://articles.latimes.com/2010/jan/23/business/la-fi-ct-writers23-2010jan23 (last visited Nov. 5, 2013). Studies by the WGAW, like those by SAG-AFTRA, indicate that older writers were under-represented in the industry. *Id.*

The cases ultimately settled after a decade of litigation. Under the settlement, 17 major networks and production studios, along with 7 talent agencies, agreed to pay $70 million to thousands of writers to resolve 19 claims. *Id.*

### c. Performers Report Incidents of Casting Professionals Referencing Age Posted on IMDb To Deny Roles/Auditions.

Many actors frequently portray characters in an age range – their portrayable age – that differs from their actual age. For some, their youthful appearance allows them to play characters that are a decade or more younger than their actual age, while others can play older roles. For example, many of the actors who play high school students on the television show *Glee* are in their 20s or even 30s.

*Amicus* SAG-AFTRA has received frequent complaints over the last decade from members who have lost employment opportunities based on information a casting professional gleaned from IMDb. Although it is common for actors' portrayable ranges to differ, sometimes substantially, from their actual age, some

17

producers and directors will not consider an actor they know to be more than a few years older or younger than the character he or she will portray. Many SAG-AFTRA members report that after being placed on "hold" for a role or otherwise under consideration, they were advised by a casting professional that they were removed from consideration based on the birthdate displayed on their IMDb profile. In some of these situations, the actor reported seeing the casting professional's demeanor change while looking up his or her IMDB profile in his or her presence. Still other actors reported that actors against whom they frequently auditioned for the same roles, and who did not have birthdates listed on IMDb, remained in consideration for the role.

> ### d.    *Amici* Have Attempted To Engage IMDb To Address Their Members' Concerns

At various times over the last decade, *Amici* have engaged IMDb to seek mutually beneficial solutions to the issues faced by their members. In particular, in 2010, both *amici* met with representatives of IMDb to discuss concerns. SAG-AFTRA, in particular, presented stories and letters from its members who were impacted by information on IMDb, including birthdates and biographical information, both accurate and inaccurate. Despite *amici'*s efforts, IMDb has refused to take into consideration the harm caused by its public disclosure of information many professionals consider to be private.

SAG-AFTRA was prepared to testify at trial about its experiences with member complaints regarding IMDb, the underrepresentation of women over 40 on screen and the very real issues actresses over 40 face, and its efforts to engage IMDb toward a positive, mutually beneficial solution.  Inexplicably, Hoang's original counsel agreed to exclude SAG-AFTRA's testimony, as well as the testimony of nearly every other witness with information that could support Hoang's claims.

### 2.    Concerns about Identity Theft and Privacy Also Impact Individual Decisions Regarding Disclosure of Birthdates

IMDb profiles include many data points that put individuals at risk for identity theft. Names and birthdates, when combined with information such as birthplace, can be used  to gain information about individuals, in much the same way that IMDb did with Hoang's birthdate. More troublingly, research has shown that an individual's birthdate, when combined with a place of birth, can be used to glean at least the first five digits of an individual's social security number.  When combined with the last four digits, which may be obtained from other sources, this information can be used to steal an individual's identity. Consequently, courts are starting to recognize the privacy concerns inherent in public disclosure of individual's birthdates.

### a.    Studies Have Shown That Birthdates Can Be Used To Glean Other Information about an Individual

A Carnegie Mellon University study from 2009 demonstrated that an individual's place and date of birth can be used to predict his or her social security number ("SSN"). Alessandro Acquisti & Ralph Gross, *Predicting Social Security Numbers from Public Data*, 106 (27) PNAS: Proceedings of the National Academy of the United States of America, 10975-10980 (2009) *available at* http://www.pnas.org/content/106/27/10975.full.pdf+html (last visited Nov. 6, 2013).  The simple manner in which SSNs were assigned prior to 2011 is publicly available on the Social Security Administration ("SSA") website. [8] *Id.* at 10975 (*citing* http://www.socialsecurity.gov/employer/stateweb.htm and http://www.ssa.gov/history/ssn/geocard.html). The first three digits of an SSN, it's "area number," are assigned based on the zipcode of the mailing address provided in the SSN application form. *Id.* The quantity of area numbers assigned to a given state will vary depending on its population. *Id.* The second two digits, the "group number," are assigned in a precise but non-consecutive order. *Id.* The final four digits, the "serial number" are assigned consecutively. *Id.*

---

[8]    The SSA changed the way SSNs are assigned beginning in June 2011, when it implemented a random assignment process for new SSNs to reduce the risks identified herein. Social Security Number Randomization, *available at* http://www.socialsecurity.gov/employer/randomization.html (last visited Nov. 6, 2013).

Using publicly available data for individuals whose deaths had been reported to the SSA, the researchers tested computer algorithms that could glean the first five digits of an individual's SSN using his or her birthdate and birthplace. *Id.* at 10976-77. Although results differed state-by-state, the researchers found that their weighted mean prediction accuracy for the first five digits of an SSN for individuals born between 1989 and 2003 was 61% in two attempts. *Id.*at 10977. The last four digits can be obtained without much difficulty from public documents or commercial services. *Id.* at 10978-79.

### b.   Courts Are Starting To Recognize That Birthdates Should Be Treated As Private Information

The Supreme Court of Oklahoma addressed the question of whether state employee names and birthdates were public information under the state's Open Records Act in a 2011 case. Okla. Pub. Emples. Ass'n v. State ex rel. Okla. Office of Pers. Mgmt., 267 P.3d 838, 2011 OK 68 (Okla. 2011). There, a newspaper sought disclosure of the names and birthdates of all state employees. *Id.* at 843. The state objected, arguing that those records were exempt from disclosure, although not specifically enumerated as exemptions. *Id.* Comparing Oklahoma's Open Records Act to the Federal Freedom of Information Act, the court relied on Supreme Court precedent to balance the employees' interest in privacy against the public's right to know. *Id.* at 847-49.

In balancing the interests, the Court addressed concerns with identity theft, noting that it is facilitated by combining a birthdate with other information. *Id.* at 849-50. The court identified several items that can be obtained with an individual's name and birthdate, including: "an individual's criminal record; arrest record (which may not include disposition of the charges); driving record; state of origin; political party affiliation; social security number; current and past addresses; civil litigation record; liens; property owned; credit history; financial accounts; and quite possibly, information concerning an individual's complete medical and military histories; and insurance and investment portfolio." *Id.* at 850. The court went on to reject the newspaper's request, stating: "the courts have a special obligation to protect the public's interest in individual privacy by acknowledging that public records are being harvested for personal information about individuals, contributing to a surge in identity theft, consumer profiling, and the development of a stratified society where individuals are pigeonholed according to the electronic trail they leave of transactions that disclose personal details." *Id.* at 851 (internal footnotes omitted).

That same year, an appellate court in Pennsylvania concluded that dates of birth were protected under that state's Right to Know Law. *Governor's Office of Admin. v. Purcell*, 35 A.3d 811(Pa. Commw. Ct. 2011). In that case, the Governor's Office of Administration ("GOA") partially fulfilled a request for

information by supplying the year, but not the month and date, of employees' birthdates. *Id.* at 812. The GOA officer indicated that the birthdates were redacted to protect the employees' privacy and to protect against identity theft. *Id.* at 813. On initial appeal of its decision, the GOA pointed to an affidavit from Joseph E. Campana, Ph.D., an expert in the field of identity theft, privacy and information security, who opined that a "person's date of birth is one of the most sensitive pieces of personally identifiable information." *Id.* He further noted that "disclosure of personally identifiable information such as dates of birth would result in a substantial and demonstrable risk to the personal security of individuals because the risk of identity theft through disclosure would be substantially heightened."*Id.* Campana also identified several federal laws and regulations that treat birthdates as personally identifiable information. *Id.* at 813-14 (internal citations omitted).

The Pennsylvania court determined that the Right to Know Law's security exception would apply to disclosure of birthdates due to a risk of harm to the individual. *Id* at 821The court held that, "[r]egardless of a general right to privacy, the clear language of the personal security exception protects information, including birth dates, to the extent that release 'would be reasonably likely to result in a substantial and demonstrable risk ... to the personal security of an individual.'" *Id*. (internal citations omitted).

Although the Pennsylvania and Oklahoma cases dealt with disclosure by government agencies of information relating to government employees (individuals with less public profiles than *Amici*'s members), the salient points remain the same – publication of personal information makes individuals vulnerable to exploitation and to pigeonholing based upon those personal details. For those reasons, the power to control public display of that information should remain with the individual.

### 3.    Misuse of IMDb Profile Information Can Cause Individuals Harm

Misuse of the information on IMDb can have very real consequences to the individuals – many of whom are not "famous" by any definition of that term – whose information IMDb collects and serves to the public. This is particularly true where information – both factual and false – can be used to discriminate or, worse, to engage in illegal activities. IMDb is well aware of the risks this information poses, yet it ignores them at the potential expense of the individuals upon whose information it profits.

The information contained in many individuals' public IMDb profiles puts them and their families at risk for identity theft, fraud, scams, and other invasions of privacy. Without clicking even a single link on an individual profile, one can glean an individual's professional name, birth name, birth date, place of birth and excerpted biographical information.  With one additional click, more information

is revealed, including: height, marital status (including spouse's name and dates), number of children, and additional biographical information and "trivia", much of which is often of a personal nature not just about the individual, but about family and friends, as well. Individuals with ill intent could use even a fraction of the information in an IMDb profile to harm the individual and those close to her. With trivia and biographical information, relatives could be scammed. Names, dates of birth and birth places, can be used to obtain social security numbers, addresses, or other personal information.  But IMDb refuses individuals the right and ability to protect themselves, placing the public's alleged desire to know above the individual's security.

Concerns about age discrimination, safety and identity theft are very real to entertainment industry professionals. Consequently, like Hoang, many attempt to take control of their careers and safety by any means. In their dealings with IMDb, this often takes the form of submitting slightly inaccurate information before a third party wrests that control from their grasp.

**C.    The Use of Account Information to Discover Non-Public Information Is A Serious Breach of Trust**

**1.    Because Of IMDb's Stature in the Industry, Industry Professionals Have Little Choice but to Engage with It**

As described above, IMDb is a ubiquitous source of information in the entertainment industry that obtains information from various sources. Frequently,

25

this information comes from third parties with no relationship to the professional. In a competitive business, it may even be posted by competitors who stand to gain by discrediting their competition. The only way an individual can try to ensure his or her IMDb profile is accurate is to create an IMDb or IMDbPro account to submit or update her information.

The registration process for an IMDb account involves the collection of personal information about individuals. For the free accounts, this information includes birth year.  IMDbPro registration does not include this field; however IMDbPro users can fill in additional personal information, including date of birth. The "Personal Details" page of an IMDbPro account currently includes an express statement that this information will not be displayed on the site. IMDb claims, however, that it will not guarantee not to use that information in the manner it used Hoang's information – to obtain otherwise private information via a search of third-party data sources. To the contrary, if IMDb's position is that the vague language of their subscriber agreement and privacy policy allows them to use information as they see fit.

When submitting information to sign up for a user account and to process payments for an IMDbPro account, users place their trust in IMDb that it will use that information only for the purposes for which it was intended. In this age of high-profile security breaches, this trust should not be abused. IMDb breached that

trust with Hoang, relying on a broad interpretation of language in its then-applicable privacy policy that allowed it to use account information for "improving our site." See, *Hoang v. Amazon.com, Inc.*, No. C11-1709MJP, 2012 U.S. Dist. LEXIS 45498 (W. D. Wa Mar. 30, 2012).

IMDb's Privacy Policy, which is incorporated by reference into its IMDb Pro Subscriber Agreement, explicitly states, "[y]ou can choose not to provide certain information, but then you might not be able to take advantage of many of our features." *Id.* at *7. Per the terms of the policy, IMDb "use[s] the information that you provide for such purposes as responding to your requests, customizing future browsing for you, improving our side [*sic*], and communicating with you." *Id* at *7-*8. In rejecting IMDb's argument that it could freely use the information under the "improving our site" language, the district court noted, "[t]he plain language of the contract does not permit Defendants unfettered use of the personal information... provided for the purposes of processing payment." *Id.* at *8. In rejecting IMDb's motion to dismiss, the court reasoned that "[a]s a matter of law, it is not clear that the parties intended the phrase 'improving our site' to include taking information given for processing payment and using it to search for information to add to individual actor profile pages. *Id.* at *9. The court further admonished, "[t]he lack of any express limitation in the agreement does not constitute a subscriber's acknowledgement that no limitations apply. Instead,

Defendants are required to abide by the general assurances they give to customers to 'carefully and sensibly' manage information provided by subscribers." *Id.* at *9. IMDb blatantly breached the assurance to carefully and sensibly manage Hoang's personal information when they used it, without her knowledge, to surreptitiously obtain her birthdate.

###    2.    IMDb's Misuse of Junie Hoang's Personal Account Information Far Outweighed Any Alleged Breach by Her

Hoang, like many IMDb users, understood the very real issues implicit in having actual birthdate information disclosed on her IMDb page. As described *infra*, the employment statistics for women over 40 raise genuine concerns that employment opportunities may be reduced. Accordingly, like many IMDb users, she submitted an altered birthdate to IMDb before a third party, or IMDb itself, could disclose information she chose to keep private.  Her experiences dealing with IMDb in an effort to correct information on her profile were typical of stories related to *amici* by their members – despite being put on notice that information was incorrect by the person to whom the information pertained, IMDb simply refused to remove it.

Despite its claims that it strives for accuracy, IMDb is well aware that its site is replete with inaccurate information. But it, in essence, extorts the individuals upon whose information it profits by refusing to remove inaccurate information unless the individual can prove the inaccuracy to IMDb's satisfaction – often

requiring the submission of documents, such as copies of passports, that individuals might be hesitant to turn over to a stranger. Stuck between a rock and a hard place, between IMDb's abject refusal to delete inaccurate information and the knowledge that IMDb would publicly display information she deemed private, Hoang sent doctored documentation. This information was sent to a for-profit company (to whom she had no duty other than the adhesive contractual terms that she had no choice but to agree to) in order to protect herself from how that same company portrays her to the world, including her potential employers.

But Hoang's desperate act was minor in comparison to the acts of the for-profit company that breached not only her trust, but the multi-page small print contract that its users have no choice but to accept.  The actions of IMDb's representative in accessing user payment information is a tremendous breach of trust that violates both the letter and the spirit of its privacy policy. In an era when consumers regularly receive notifications that their personal account or payment information may have been compromised, it is simply unconscionable for an individual *acting on behalf of the company* to access such information for purposes other than those for which it was intended.

IMDb users – among which are counted some of the most high profile individuals in the world – must have confidence that information they submit is secure from misuse by IMDb and its agents and employees. The actions of its

29

representative in this matter raise serious questions and concerns as to IMDb's privacy and security practices.

Because of IMDb's stature in the entertainment industry, professionals – from those just starting out to the most well-known celebrities – have little choice but to engage with IMDb. Certainly, many welcome the opportunities IMDb offers as an information resource. But some of that information, such as birthdates, serves no legitimate purpose in relation to the significant majority of the over 2 million individuals listed in IMDb's database.  It is even less useful when it is inaccurate.

For many individuals whose listings are contained within IMDb's database, the only hope to control the information IMDb discloses about them is to set up an account of their own. In doing so, they trust that IMDb will not misuse information they submit in order to discover the information they do not want disclosed. IMDb's breach of its own Subscriber Agreement is a breach of that trust.

## **CONCLUSION**

IMDb is one of the most powerful resources in the entertainment industry, with the power to make or break careers. But with great power comes great responsibility, a concept that IMDb has failed or refused to grasp as explained herein.

For the foregoing reasons and those in the Appellant's Brief, *Amici* respectfully urge this Court to reverse the decision below.

DATE: November 6, 2013                    Respectfully submitted,


By:    /s/ Duncan W. Crabtree-Ireland
DUNCAN W. CRABTREE-IRELAND


DUNCAN W. CRABTREE-IRELAND
DANIELLE S. VAN LIER
SCREEN ACTORS GUILD-AMERICAN
  FEDERATION OF TELEVISION AND RADIO
  ARTISTS
5757 Wilshire Blvd., 7th Fl.
Los Angeles, CA 90036
Telephone: (323) 549-6627
Facsimile: (323) 549-6624

*Counsel of Record for Amici*

**EXHIBIT A**



**SAG Capped Session Earnings by Gender and Age**
*Prepared by the SAG Research & Economics Department*
*November 2011*

Earnings data for work performed under SAG contracts illustrates the impact that age and gender play in the ability of actors to earn a living. The below chart illustrates total session earnings for all performers working under SAG contracts in 2010 (subject to the Pension & Health Caps[1]). Male actors on a whole are paid substantially more than female actors, and actors on a whole are paid less after reaching certain age ranges. The impact of age on earnings is particularly severe with women. While male actors between the ages of 41 and 50 represent the segment with the greatest earning potential, female actresses experience a drop-off in total earnings after the age of 40. While a majority capped session earnings earned by men are earned by those over the age of 40 (56%), only 37% of all capped session earnings earned by women are earned by those over 40.



| Total Capped Session Earnings in Millions | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Age | 1-10 | 11-20 | 21-30 | 31-40 | 41-50 | 51-60 | 61-70 | 71-80 | 80+ |
| Male | $3.6 | $13.6 | $65.4 | $153.7 | $160.3 | $90.8 | $34.5 | $11.9 | $2.1 |
| Female | $3.2 | $13.1 | $72.7 | $86.6 | $58.2 | $23.9 | $13.8 | $4.1 | $0.9 |

---

[1]  Earnings amounts include all earnings under the respective contracts that were reported to the SAG-P Pension & Health Plans.  These earnings are limited by the ceilings set forth in the Codified Basic Agreement and the Television Agreement.  These earnings ceilings are as follows:

| Theatrical Contract Earnings Ceilings: | $200,000 per picture (prior to July 2005) |
|---|---|
| | $232,000 per picture (since July 2005) |
| Television Contract Earnings Ceilings: | $15,000 per half-hour picture |
| | $24,500 per one-hour picture |
| | $33,000 per one and one-half hour picture |
| | $40,000 per two hour (or more) picture (except multi-part, closed-end pictures exceeding 3 hours in length) |

Earnings under the other contracts are not capped by a P&H ceiling.

# <u>CERTIFICATE OF COMPLIANCE.</u>

I certify pursuant to Federal Rules of Appellate Procedure 32(a)(7)(C) that the

attached brief is proportionately spaced, has a typeface of 14 points, and contains

6928 words, excluding those parts of the brief that the Rule exempts from the

word-count limitation, which is less than the 7,000 words permitted by Fed. R.

App. P. 29(d).

DATE: November 6, 2013                     By: /s/ Duncan Crabtree-Ireland

                                           DUNCAN W. CRABTREE-IRELAND

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Motion for Leave to File Brief of *Amici Curiae* in Support of Plaintiff-Appellant by Screen Actors Guild - American Federation of Television & Radio Artists and Writers Guild of America, West, Inc. and the accompanying Brief of *Amici Curiae* in Support of Plaintiff-Appellant by Screen Actors Guild - American Federation of Television & Radio Artists and Writers Guild of America, West, Inc. with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on November 6, 2013.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.


/s/ Duncan W. Crabtree-Ireland

DUNCAN W. CRABTREE-IRELAND