Case No. 12-17805

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

ZACK WARD and THOMAS BUCHAR,
on behalf of themselves and all others similarly situated,
*Plaintiffs-Appellants*,

v.

APPLE INC.,
*Defendant-Appellee.*

On Appeal from an Order of the United States District Court
for the Northern District of California
The Honorable Yvonne Gonzalez Rogers
(No. C 12-05404-YGR)

**DEFENDANT-APPELLEE'S REQUEST FOR JUDICIAL NOTICE**

Daniel M. Wall
Christopher S. Yates
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
(415) 391-0600

J. Scott Ballenger
Roman Martinez
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
(202) 637-2200

*Counsel for Defendant-Appellee Apple Inc.*

Dated: June 21, 2013

**INTRODUCTION**

In support of the Brief for Defendant-Appellee, Apple Inc. ("Apple") respectfully submits this Request for Judicial Notice. Plaintiffs have alleged that Apple conspired with AT&T Mobility LLC ("ATTM") to monopolize a putative "aftermarket" for voice and data services for the first-generation iPhone. The crux of that allegation is that Apple failed to adequately disclose a multi-year agreement for ATTM to be the exclusive provider of voice and data services for the iPhone in the United States. But under this Court's controlling decision in *Newcal Indus., Inc. v. IKON Office Solution*, there is no "aftermarket" where consumers generally knew or could have "reasonably discover[ed]" that they would have limited aftermarket choices when buying a product (such as an iPhone) in the primary market. 513 F.3d 1038, 1048 (9th Cir. 2008). The attached news articles—which are appropriate for judicial notice—demonstrate that Plaintiffs' cannot state a plausible antitrust claim because Apple's exclusivity arrangement with ATTM was common knowledge.

**ARGUMENT**

When evaluating a complaint, the "courts must consider the complaint in its entirety, as well as . . . documents incorporated into the complaint by reference, and matters of which a court may take judicial notice." *Tellabs, Inc. v. Makor Issues & Rights, Ltd.*, 551 U.S. 308, 322 (2007). A court may take judicial notice

of any fact that is "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). Judicial notice may be taken at any stage of the proceeding, including on appeal. Fed. R. Evid. 201(d); *Makaeff v. Trump Univ., LLC*, 715 F.3d 254, 259 n.2 (9th Cir. 2013).

This Court may take judicial notice of news articles "to indicate what was in the public realm at the time." *Von Saher v. Norton Simon Museum of Art at Pasadena*, 578 F.3d 1016, 1022 (9th Cir. 2009), *cert. denied*, 131 S. Ct. 3055 (2011); *Heliotrope Gen. Inc. v. Ford Motor Co.*, 189 F.3d 971, 981 n.18 (9th Cir. 1999) (taking judicial notice "that the market was aware of the information contained in news articles submitted by the defendants"). The following Exhibits are true and correct copies of articles available in the Lexis Nexis news database published at or around the time the iPhone was first sold in the United States. The articles demonstrate that the market was well aware that Apple and ATTM had a multi-year exclusivity agreement lasting longer than the initial two-year term of the Wireless Service Agreements between iPhone consumers and ATTM.

| Exhibit | Description |
|---------|-------------|
| A: | Leslie Cauley, *AT&T Eager to Wield Its iWeapon*, USA Today (May 21, 2007) (ATTM's exclusivity rights would last "for five years—an eternity in the go-go cellphone world.") |
| B: | Tricia Duryee, *Melodeo's ripe, ready to say: Bite this, Apple*, Seattle Times (June 5, 2007) ("AT&T … has a five-year exclusive iPhone arrangement with Apple") |

2

C:        *Forget the iPhone, buy a smartphone*, New Zealand Herald (June 5, 2007) ("AT&T has … a five year exclusive deal to sell the iPhone")

D:        Leslie Anne Jones, *Shut out of service, tech-head Alaskans will need guts to get hands on an iPhone*, Anchorage Daily News (June 23, 2007) (AT&T "has a five-year exclusive contract with Apple for iPhone")

E:        Peter Svensson, *How the iPhone Breaks Industry Rules*, Assoc. Press (June 28, 2007) ("Apple has given [ATTM] a five-year U.S. exclusive on the iPhone, another unheard-of deal for the industry")

F:        Adam Terese, *The iPhone cometh; Bandwagon gearing up for Apple's all-in-one device*, Wash. Times (June 28, 2007) (ATTM "has a five-year exclusive contract with Apple")

G:        Kathryn Balint, *iPhone launches amid Qualcomm chip ban*, San Diego Union-Tribune (June 29, 2007) ("AT&T . . . has a five-year exclusive contract to carry the iPhone")

H:        Sanford Nowlin, *AT&T is hoping for golden launch; the carrier stands to reinvent itself, but Apple has more to lose*, Houston Chronicle (June 29, 2007) ("AT&T [is] the iPhone's exclusive carrier for the next five years")

I:        Jonathan Takiff, *Apple iPhone: Should you bite?*, Philadelphia Daily News (June 29, 2007) ("AT&T [is] Apple's exclusive (for five years) iPhone marketing and service partner")

J:        Tamara Gresham, *Long awaited iPhone is instant hit*, Auburn Plainsman (July 12, 2007) ("AT&T has rights to the iPhone for the next five years. No other cell phone provider can give service to an iPhone.")

K:        *iPhone: the aftershocks; Apple Inc.'s smart phone*, Online Reporter (July 14, 2007) ("AT&T reportedly has a five-year deal to be the exclusive US service provider for the iPhone.")

L:        *Perspectives: Quotes in the News*, Newsweek (Sept. 3, 2007) (noting that Apple and ATTM have a "five-year exclusivity deal")

M:        Walter S. Mossberg, *Free my Phone*, Wall Street Journal (Oct. 22, 2007) (cited at Complaint ¶ 31 (ER 50) (ATTM had obtained "exclusive rights to be the iPhone's U.S. network for an undisclosed period of years" and that Apple had "locked and relocked the phone to make sure consumers can't override that [exclusivity] restriction.")

N:        Bill Coffin, *The iPhone's Full Circle of Irony*, 54 Risk Management 8 (Oct. 2007) ("The iPhone . . . kicked off with an exclusive deal with AT&T so that it will be the only service carrier available to iPhone users for the next five years.")

## CONCLUSION

For the foregoing reasons, Apple respectfully requests that this Court take judicial notice of the attached exhibits.

Dated:  June 21, 2013              Respectfully submitted,

                                   s/ Daniel M. Wall
                                   Daniel M. Wall
                                   LATHAM & WATKINS LLP
                                   505 Montgomery Street
                                   Suite 2000
                                   San Francisco, CA  94111-6538
                                   (415) 391-0600

                                   *Counsel for Defendant-Appellee Apple Inc.*

# EXHIBIT A


technology travels well, take it with you.    we'll take you to a **better summer**    BEST BUY

VISIT THE SUMMER HUB


USA TODAY

PRINT THIS

Powered by Clickability

# AT&T eager to wield its iWeapon

By Leslie Cauley, USA TODAY

Advertisement

The Apple iPhone, due out next month, has been breathlessly hailed as offering consumers the ultimate wireless experience.

It also could give AT&T, its exclusive U.S. distributor, the ultimate experience for a wireless carrier: an easy way to handcuff rivals and steal customers.

AT&T has exclusive U.S. distribution rights for five years — an eternity in the go-go cellphone world. And Apple is barred for that time from developing a version of the iPhone for CDMA wireless networks.

That ban is no small thing. AT&T rivals Verizon Wireless and Sprint are both CDMA shops. AT&T uses GSM, a global standard incompatible with CDMA.

Bottom line: If you want an iPhone anytime soon, you'll have to take your business to AT&T.

Stan Sigman, CEO of wireless at AT&T, makes no apologies for his tough approach.

"I'm glad we have (the iPhone) in our bag," he says. "Others will try to match it, but for a period of time, they're going to be playing catch-up."

Hardball is nothing new in the cellphone industry. But as white-hot growth finally begins to slow, it's getting downright desperate out there.

To keep the momentum, big carriers such as AT&T are rapidly expanding their stable of devices, a proven way to draw people into stores. They're also piling on features — media downloading and photo-sharing are hot — and tweaking calling plans.

Their common goal: add new customers and get them to stay put.

"It's guerrilla warfare," says Jane Zweig, CEO of market researcher The Shosteck Group. "They all want to say 'We're No. 1.' "

Roger Entner, a senior vice president at IAG Research, agrees. "They're battling for every customer."

Wall Street is the driver. Carriers are valued, in large part, on how many subscribers they add each month. That was a lot easier a few years ago, when it wasn't uncommon for cellphone companies to add 25% a *quarter*.

Now that the major carriers are elephantine in size, that's a lot harder to do. AT&T currently claims about 62.2 million customers. Verizon and Sprint have 60.7 million and 53.6 million, respectively.

About 78% of U.S. households have a mobile phone, says Charles Golvin, a wireless industry analyst at Forrester Research, vs. 53% five years ago. Total subscribers: about 210 million.

Advertisement

Mixx it
Other ways to share:

- Digg
- del.icio.us
- Newsvine
- Reddit
- Facebook
- What's this?



For drivers
who want to
get the most out
of their cars,

For the most part, Golvin says, anybody who wants a cellphone has one. Those who don't, he says, "are the very young, the very old and the economically challenged." Those groups are not particularly attractive to the big carriers, which also are valued on how much revenue per subscriber they generate.

**Rustling up revenue**

That leaves the carriers with one option, basically, for adding customers: steal them.

"Today's market is not about finding new opportunities," Golvin says. "It's about stealing somebody else's customers."

The AT&T and Verizon Wireless rivalry is particularly fierce. AT&T has slightly more customers; Verizon has more revenue. Both claim to be No. 1.

They also sparred over the iPhone. As previously reported by USA TODAY, Verizon passed on the opportunity to become the exclusive U.S. distributor, balking at Apple's demand for control over distribution, pricing, marketing and more. That left an opening for AT&T — then called Cingular — to cement a deal. (AT&T on Monday officially dumped the Cingular name and store signs now are being switched. The move came slightly ahead of schedule.)

Denny Strigl, Verizon's chief operating officer, decided to pass on the iPhone deal and says he has no regrets: "Time will tell" if he made the right call, he says.

Strigl doesn't think the iPhone will be that hard to compete against. Why? Because, he says, for five long years it will be tied to AT&T's wireless network. His point: A phone is only as good as the network it runs on, and he thinks Verizon's is better.

"The issue is not the Apple-ness of the iPhone itself, but with the cellular network that it is running on," Strigl says, picking his words carefully. "That will be the true test of the iPhone: What will the iPhone experience be?"

Given Apple's cultlike following, however, Verizon isn't taking any chances. Strigl says Verizon is already working with a manufacturer — he declines to say which one — on an answer to the iPhone.

"We do have a very good response in the mill," he says. "You'll see that from us in the late summer."

**Sprint names names**

Sprint Nextel is also getting down and dirty.

In recent full-page newspaper ads, Sprint has lately been dumping on AT&T by name, taking swipes at the quality of its wireless network. Sprint also has derided AT&T's "fewest dropped calls" claim, saying it — not AT&T or even Verizon — has that title.

AT&T came back swinging. In full-page ads, including one in USA TODAY, AT&T shot back that "15 times more people choose AT&T than Sprint."

The ad also took a whack at Sprint's CDMA technology, saying "only AT&T keeps you connected in over 190 countries on the GSM network, the one used by 84% of wireless customers worldwide." As for "fewest dropped calls," "only AT&T" has that distinction, the ad claims. Sigman says the attacks on Sprint were deliberate — and unavoidable. "I don't like calling my competitors out by name. But I'd just had enough of it."

Gary Forsee, CEO of Sprint Nextel, says his ads weren't intended to embarrass AT&T. They were crafted, he says, to call attention to the quality and performance of the Sprint Nextel networks. (Sprint and Nextel have merged but for now have separate networks.)

"These are facts," he says. "We are calling (AT&T) out to call attention to customers and to the marketplace that we do have superior capability in our network."

Verizon, meantime, is trying to reel in customers using one of the oldest ploys in advertising: freebies.

In a splashy series of ads, the carrier has been inviting consumers to "test drive" its network for 30 days, with no obligation. If consumers aren't happy, Verizon will cover the cost of their calls.

Strigl says the ad showcases the quality of Verizon's wireless network, while driving home the point that it is confident people will like their experience. Figuring out ways to entice consumers is a constant concern for carriers, he says. Given the crush of choices consumers have, "It becomes increasingly important … to give customers a reason to switch to us."

That's critical, according to Sigman, because so many customers jump from carrier to carrier. Currently, he says, about 50% of Verizon's new wireless customers come from other carriers. He says Verizon can track their migration habits because people bring their cellphone numbers with them. (Federal rules require carriers to let wireless customers keep their numbers.)

In today's heated environment, carriers are quick to exploit any edge they can get. Or force.

Consider the barroom brawl between Sprint and AT&T over NASCAR. At the crux: a paint job on a race car. AT&T, thanks to buying BellSouth, now owns 100% of Cingular and has changed the name to AT&T. (BellSouth had a 40% stake.) So it wanted to change the logos on the No. 31 NASCAR race car that Cingular had sponsored for years. The car was emblazoned with Cingular's jacks logos; AT&T wanted to replace them with its blue-and-white globe.

Under AT&T's proposed paint scheme, the main color of the car — orange — wouldn't change.

AT&T contended the changes were permitted under its sponsorship contract — on which Cingular has spent $150 million since 2001 — with Richard Childress Racing, a company that operates NASCAR race teams. AT&T last year inherited the contract when it acquired the 40% of Cingular that it didn't already own.

Sprint Nextel cried foul. Nextel has a 10-year, $750 million deal with NASCAR to back the championship Nextel Cup Series, which kicks off each February with the Daytona 500.

Sprint said its NASCAR contract, which it inherited when it bought Nextel, called for it to be the racing circuit's sole telecom sponsor. The only exception: telecom companies that were sponsors prior to Nextel's arrival. They were grandfathered in by NASCAR.

One of those was Cingular, then owned by SBC (AT&T) and BellSouth.

Sprint argued that Cingular's change in ownership structure and new name negated its sponsorship deal. As a result, Sprint said, AT&T should not be permitted to rebrand the car. NASCAR agreed. Unable to work out a compromise, AT&T last month sued NASCAR.

**Racing to court**

The courtroom battle was bitter. AT&T's lawyer introduced an internal Sprint e-mail that suggested NASCAR was amenable to a compromise. But the same e-mail also suggested Sprint executives weren't, concluding "no benefit would be superior to having AT&T booted out of the sport," according to a story posted on NASCAR.com.

NASCAR countered with an internal memo from AT&T. Attorney David Gelfand insisted the document showed that AT&T hoped to force its way into the sport, with the goal of muscling in on Sprint's ad turf.

Sprint wasn't a party to the case, which was heard in U.S. District Court in Atlanta. Even so, it filed briefs supporting NASCAR.

On Friday, the judge ruled in AT&T's favor. AT&T promptly issued a press release saying it looked forward "to the debut of the new paint scheme." On Saturday, the judge rejected NASCAR's request for a stay of the ruling during an appeal. The car raced with the AT&T logo and name Saturday night.

Forsee, the Sprint chief, says the fight is about much more than a paint job: "NASCAR would have chaos in the (sponsorship) categories if they didn't enforce contracts. "It's not fair to minimize" the impact of AT&T's plans, he says. "We paid hundreds of millions of dollars (to become a sponsor), and we signed a contract. All we're asking is that NASCAR enforce the contract."

Sigman says he's looking forward to getting the fight back to where he thinks it belongs. "We'd much prefer to compete against Sprint in the marketplace rather than competing over the brand of a car."

**READERS: How do you choose your cellphone? For style or substance? Tell us what you think is more important.**

**Share this story:**

Mixx it    Digg    del.icio.us    Newsvine    Reddit    Facebook  What's this?

**Find this article at:**
http://www.usatoday.com/tech/wireless/2007-05-21-at&t-iphone_N.htm

EXHIBIT B



Copyright 2007 The Seattle Times Company
The Seattle Times

June 5, 2007 Tuesday
Fourth Edition

**SECTION:** ROP ZONE; Business; Pg. C1

**LENGTH:** 840 words

**HEADLINE:** Melodeo's ripe, ready to say: Bite this, Apple

**BYLINE:** Tricia Duryee, Seattle Times technology reporter

**BODY:**

Mobile music | The company today launches nuTsie, letting users access their entire iTunes catalog and playlists on a phone without having to store it. No costly handset needed. Take that, iPhone.

A handful of guerrilla marketing videos are expected to hit the Internet today, all poking fun at Apple and its attention-grabbing iPhone.

It is yet another sign the wireless industry is scrambling to offer competitive services while counterattacking Apple's first mobile phone, which will go on sale June 29.

Seattle-based Melodeo, which produced the low-budget videos, is doing just that with the launch today of a service called nuTsie an anagram for iTunes.

"The timing of our launch is not coincidental," said Dave Dederer, Melodeo vice president of media content.

Dederer took charge of the project soon after joining Melodeo in January, having previously played guitar as a founding member of The Presidents of the United States of America, the Grammy-nominated Seattle band.

Melodeo has been trying to create an Apple iTunes-like experience for the mobile phone since its founding four years ago.

Initially, it focused on building software so that users could download full-length songs to their mobile phone.

The company successfully signed up a couple of wireless carriers, but that business was set to the side after proving less lucrative than expected. The proceeds were divided among so many players carrier, music label, Melodeo, among others that margins were thin.

Melodeo switched its focus to podcasts, developing Mobilcast, a technology that allowed podcasts to be streamed to the phone from the Internet.

Now, the company has gone back to its roots turning a cellphone into a music player.

With nuTsie, Melodeo allows users to access their entire iTunes catalog and playlists on the mobile phone. The music is not stored on the device, allowing users to have access to a big catalog without having to own a high-end handset with a lot of memory.

By contrast, the iPhone will cost between $500 and $600 for 4 gigabytes or 8 gigabytes, respectively.

The videos Melodeo created are designed to chip away at the iPhone. But one of the clips that it's posting on YouTube targets the iPod music player.

In it, the iPod is represented by a balding man with thick glasses in a suit and tie. A hipper, younger guy in jeans with a long-sleeve shirt rolled up to his elbows is the cellphone.

The dialogue pokes jabs at the limitations of an iPod.

The iPod says: "Cellphones don't play music."

The cellphone says: "Actually we do. ... We play songs."

The iPod asks: "How many songs do you hold?" The cellphone answers: "We don't hold them, we just play them."

Surprised, the iPod asks: "And where does the music comes from?"

"iTunes," says the cellphone.

Starting today, users can download an application from the nuTsie Web site (www.nutsie.com) to their cellphone. Then, they can upload their playlists from iTunes on their computer to their phone, enabling them to listen to their entire catalog.

Melodeo's servers store millions of music tracks that cover what's on the individual user's playlist.

From Melodeo's perspective, the service is similar to how Internet radio stations work. Melodeo streams the music to a user's phone and pays royalties to the artist.

To comply with rules that govern radio stations, Melodeo will play songs in a user's catalog randomly. Or if a playlist has only one artist say, Bob Dylan Melodeo will select similar songs to play intermittently to stay in compliance.

Because Melodeo has access to a person's entire iTunes catalog, it can also recommend music that users may like based on their playlists.

Dederer said Melodeo is still working on how to make money on the service. It expects to start selling advertising on the nuTsie Web site and may also play ads between songs.

If Melodeo also creates partnerships with wireless carriers, it may help market nuTsie to consumers, who would then likely sign up for a monthly subscription.

The application will be free for a limited time on the nuTsie Web site.

Typically, consumers discover applications like these on the phone's deck, a storefront of sorts that a carrier manages. Because there's a long list of applications available, only a few ever receive attention or are downloaded by consumers.

Don Davidge, Melodeo's senior vice president of sales, said that was the fate of its mobile podcasting software.

With the impending release of the iPhone, Davidge thinks competing carriers will look for options to keep customers from switching to AT&T, which has a five-year exclusive iPhone arrangement with Apple.

"We anticipate getting a good deck placement, compliments of the iPhone noise," Davidge said.

From a former musician's perspective, Dederer said nuTsie is a way for artists to make more money on songs consumers already purchased on iTunes or from other services.

"Ten to 15 years ago, the business was so unfun and so unkind," he said. "Today, it's much more wide open, which makes it fun to be in the middle."

Tricia Duryee: 206-464-3283 or [tduryee@seattletimes.com](mailto:tduryee@seattletimes.com)

**GRAPHIC:** photo; Erika Schultz / The Seattle Times : Dave Dederer, a founder of The Presidents of the United States of America, is Melodeo's vice president of media content. Today's debut of Melodeo's new nuTsie mobile music service, a few weeks before Apple's iPhone goes on sale, is not a coincidence, he said. (0401818767)

**LOAD-DATE:** June 6, 2007

EXHIBIT C



Copyright 2007 The New Zealand Herald
All Rights Reserved
The New Zealand Herald

June 5, 2007 Tuesday

**SECTION:** TECHNOLOGY; General

**LENGTH:** 1225 words

**HEADLINE:** Blog: Forget the iPhone, buy a smartphone

**BODY:**

The most anticipated gadget of the year, , will go on sale on June 29 in Apple and AT&T stores across America. Initial stocks will probably sell out in the first day, such is the frenzy of interest in Apples music player cum phone. AT&T (formerly Cingular) claims it has already received a million queries about the phone.

Analysts are confident Apple will comfortably hit its target of selling 10 million phones by the end of next year and its likely all of those sales will be made in the US.

That sounds like a tall order for one market, but when you consider that AT&T has 62 million mobile subscribers and a five year exclusive deal to sell the iPhone, it becomes clear that the two companies intend to sell most if not all of those phones in the US.

The phones work on the underlying GSM technology that AT&T uses, which means that if you are lucky enough to score an iPhone on your travels through the US, it would, in theory, work here on Vodafone's network. But it appears the phone will be automatically locked to one carrier - AT&T, so it can only be used in the US on the AT&T network.

This is to prevent T-Mobile customers in the US buying the iPhone, unsubscribing from AT&T and taking the phone to their own network provider. The iPhone will not have a CDMA version, at least for years to come, so Sprint and Verizon are locked out anyway.

There's already speculation around the web as to what will be required to hack the iPhone so it works on other networks. But doing that could cause more problems than it solves.

One of the most intriguing iPhone features is the visual voicemail function, which lets you look at the screen to see what messages you have and answer them in the order you choose. Will that work on a hacked iPhone? Unlikely.

The iPhone, for the meantime, will also be locked down in terms of software development, so as a smartphone, won't be as versatile as Symbian, Palm or Windows Mobile-based rivals.

Two models of the phone will be available: a $499US ($667) version with 4 gigabytes of memory and another model, which will retail for $599US ($801) and have 8 gigabytes of memory. Given the usual premium phones sell for in New Zealand, that would put the iPhone in the $800 - $1000 range here.

What can you get for that price? Quite a lot actually - from the iMate and Blackberry to the Treo and some high-end Nokias, you can get much better featured phones with the 3G data speeds the iPhone lacks. They may not have the aesthetic appeal of the iPhone, but by the time the iPhone becomes available here, maybe 2 - 3 years out, mobile handsets could look very different.

Meanwhile, if Nokia could get the price of its fantastic N95 down to around $1000, I'd take it over the iPhone any day.

* * *

The local tech blogosphere:

on what we're really Googling.

tries Apple's DRM-free EMI tunes.

on countries poorer than New Zealand getting fibre-to-the-home.

* * *

Would you be signing up for an iPhone if it was debuting here on June 29? What are the best alternatives seeing as we're left out of the loop?

<strong>COMMENTS</strong><br />

<strong class="commentor_name">jparsons

</strong><span class="commentor_comment">I find it fascinating that there is so much anti-Apple press from NZ. In this case the iPhone hasn't even been released to the public but opinions abound. It is bad, there are better phones, don't buy one (right after saying that it won't be available to the primary readers for better than a year), blah, blah, blah. I think I'll wait until I can actually see and touch the device before offering an opinion on it. Perhaps after having an actual experience with it I may choose to not buy but then again it may live up to the hype. </span>

<strong class="commentor_name">Jonathan (Rochester)

</strong><span class="commentor_comment">It's clear you don't have any concept of what makes a good product. It's not about features. It's about user experience. The iPhone destroys every other phone out there in its ability to actually provide easy access to all of its features in a friendly, intuitive, pleasing fashion. How do I know this? Because it's made by Apple, the one and only one company that actually understands user experience. It blows my mind how many people underestimate such a fundamentally critical concept. "Oh but such and such phone is cheaper and has 3G and cooks my toast for me." Outstanding. And I guarantee you that you don't enjoy using

it. Have fun struggling to use your $200 piece of junk that has more features. I'll be living in blissful harmony with my iPhone.</span>

&lt;strong class="commentor_name"&gt;Stephen

&lt;/span&gt;&lt;span class="commentor_comment"&gt;Whether you like it or not the iPhone will become the fastest selling phone in the world come 29th June. When it does companies like Vodafone will be flocking to Apple to beg them to let them have it. It will more than likely be in NZ stores by late 2008, not in 2 to 3 years as you predict. Companies like Nokia and Sony Ericssion will be rushing to play catch up. Windows Mobile will be left behind just in the dust.</span>

&lt;strong class="commentor_name"&gt;Andrew

&lt;/strong&gt;&lt;span class="commentor_comment"&gt;I don't get reviews like this - you would take the Nokia N95 phone over a phone you have never touched? Shouldn't you review actual products you have tried before making such comments?</span>

&lt;strong class="commentor_name"&gt;Dru (Dallas, TX)

&lt;/strong&gt;&lt;span class="commentor_comment"&gt;The iPhone is, indeed, a Quad Band! As per Apple's iPhone website: Technical Specifications: Screen size 3.5 inches. Screen resolution.320 by 480 at 160 ppi. Input method Multi-touch Operating system OS X. Storage 4GB or 8GB.

GSM Quad-band (MHz: 850, 900, 1800, 1900). Wireless data Wi-Fi (802.11b/g) + EDGE + Bluetooth 2.0. Camera 2.0 megapixels. Battery Up to 5 hoursTalk / Video / Browsing. Up to 16 hoursAudio playback. Dimensions 4.5 x 2.4 x 0.46 inches / 115 x 61 x 11.6mm. Weight4.8 ounces / 135 grams</span>

&lt;strong class="commentor_name"&gt;XP

&lt;/strong&gt;&lt;span class="commentor_comment"&gt;iPhone is more hype than reality. Most if not all of the functionality discussed already exist in the marketplace. What make Apple so knowledgeable about making phone? I believe the iPhone will be the inverse of what the iPod have done for Apple. It will take Apple to the ground. Nokia will continue to dominant the cellular device space. Motorola will be absorbed. The Z3, Z6, and Z8 and that new and improve Razr2 are such jokes. N95 is cool device! </span>

&lt;strong class="commentor_name"&gt;hey

&lt;/strong&gt;&lt;span class="commentor_comment"&gt;I would buy iphone since it looks really cool and pimped out just like all the apple stuff!</span>

&lt;strong class="commentor_name"&gt;Alison from Queenstown

&lt;/strong&gt;&lt;span class="commentor_comment"&gt; Yes I would have bought the iphone if debuting here on June 29, however that is till I hear it wont work on any other network in new zealand other than possibly Vodafone.. Its purely for image as there are better phones out there. Plus the fact you are looking at 2-3 years before its available here and by then the image/trend would have changed.</span>

&lt;strong class="commentor_name"&gt;Jama - Wellington

&lt;/strong&gt;&lt;span class="commentor_comment"&gt;The iPhone only operates on GSM 850/1900MHz, it is dual band not quad band. This is the frequency used by AT&T (Cingular) in the US. So, it will not work in NZ as Vodafone are GSM 900/1800MHz.&lt;/span&gt;

**LOAD-DATE:** June 5, 2007

# EXHIBIT D



Copyright 2007 Anchorage Daily News
All Rights Reserved
Anchorage Daily News (Alaska)

June 23, 2007 Saturday
FINAL EDITION

**SECTION:** LIFE; Pg. E1

**LENGTH:** 478 words

**HEADLINE:** Sneaky Peek;
Shut out of service, tech-head Alaskans will need guts to get hands on an iPhone

**BYLINE:** By LESLIE ANNE JONES ljones@adn.com

**BODY:**

On Friday, most of the contiguous states  will delight in the debut of the cell phone/music player/multimedia device promised to revolutionize how we  dial. And, as per usual, Alaskans will be stuck in the telecommunication dark age sans iPhone.

ATandT has a five-year exclusive contract with  Apple for iPhone. And they don't offer cell service here. Yep, it could be half a decade.

Maybe we can make string-and-cup phones and take turns holding a boom box up to them in emulation of the iPhone enlightenment.

But what about the itchy fingers among us? The ones who can't wait to caress its scratch- resistant glass and watch "The Starter Wife"  on its sparkling 3.5-inch screen?

There's one other option. An option that ATandT spokesman Mark Siegel disdained to hear we would write about.

"There's nothing frivolous about this," he said. "This is not the way wireless service is to be bought and used."

Scruples aside, here's how an Alaskan can get their mitts on that $499 phone:

Buy a plane ticket to the nearest ATandT or Apple Store (at least $350 to Seattle) and misrepresent oneself as a Washington resident. Get ready to pay sales tax for the phone plus a yet-unknown amount for the service plan.

Or find a friend in the Lower 48 to do the misrepresenting, in which case shipping runs $1.48 to $16.25.

Now the really sneaky part:

Siegel said ATandT would be on to Alaskans' tricks quickly. ATandT knows when calls bounce off another provider's towers because it costs them even if it doesn't show up on your bill. Service would be terminated, and said dishonest Alaskan is out $499 (or more; that's the cheapest model).

For "security reasons," Siegel declined to say how long it would take ATandT to figure out a user was chatting/texting/downloading exclusively outside ATandT service area.

A call to ATandT's help line cleared up that mystery.

An obliging customer service agent explained that if ATandT's computer sees four months of chitchatting in Alaska (or elsewhere out of ATandT coverage area), service will be automatically canceled.

But if you call ATandT ahead of time and explain to them that you'll be on an extended trip, you can avoid service termination -- at least for a little while.

In a second phone call, Siegel testily confirmed the four-month figure.

But he emphasized that if the iPhone is in Alaska more than it is in ATandT service area -- service will be terminated.

Cost of getting the phone up here aside, and not considering dollars dropped outfitting the thing with songs and movies -- after buying the phone, paying for call minutes, texting and Web services, and assuming you'll only get to use it for about four months before ATandT cuts the cord -- it's a spendy, short-lived glory.

But beating Alaska's technological lag time?

Priceless.

Find Leslie Anne Jones online at adn.com/contact/ljones or call 257-4200.

**GRAPHIC:** Photo by APPLE

**LOAD-DATE:** June 25, 2007

# EXHIBIT E



Copyright 2007 Associated Press
All Rights Reserved
Associated Press Online

June 28, 2007 Thursday 7:28 PM GMT

**SECTION:** BUSINESS NEWS

**LENGTH:** 903 words

**HEADLINE:** How the IPhone Breaks Industry Rules

**BYLINE:** By PETER SVENSSON, AP Technology Writer

**DATELINE:** NEW YORK

**BODY:**

Among consumers, the excitement around Apple Inc.'s iPhone, launching on Friday, centers on its cool looks and innovative interface. In the cell phone industry, the iPhone will be closely watched because it breaks several conventions governing the relationships between handset manufacturers, carriers and consumers. If successful, Apple could end up changing the way phones and the industry work.

The iPhone can handle phone calls, e-mail, Web browsing, music and videos. There are already cell phones that do those things. What's unusual is that on the iPhone, Apple software is behind all those functions.

The music and video store will be Apple's iTunes, rather than a proprietary music store run by the carrier. The Web browser is a version of Apple's Safari browser. With the iPhone's relatively large 3.5-inch screen, the gadget will give relatively easy access to the Web at large, unlike the Web snippets, chosen by the carrier, that are available on most other phones.

In another example, Apple has said that about 10,000 videos from Google Inc.'s YouTube will be available on the iPhone at launch, and the rest this fall.

YouTube videos also are accessible from Verizon Wireless phones with the $15-a-month Vcast service, but only about 100 clips are available, and they're selected to conform with the company's editorial guidelines.

These are ways in which the iPhone goes against the "walled garden" doctrine of major U.S. carriers, in particular Verizon Wireless and Sprint Nextel Corp. They have zealously defined inter- action with the customer as their prerogative, to the exclusion of handset makers and software providers like Microsoft Corp. It's true of most European carriers too.

"The subscriber relationship is really at the core of the operators' model," said Paris-based Vincent Poulbere, principal analyst at Ovum. "If Apple indeed wants to disrupt this model, it poses a challenge to the operators."

Verizon Wireless, for instance, loads software called Brew for its phones' "Get It Now" feature, which allows for downloads of music, games and ring tones.

"I could see that as a big reason any talks between Apple and Verizon would fail," said David Chamberlain, principal analyst at In-Stat in Scottsdale, Ariz. "I couldn't see Apple ever agreeing to anything like that, and Verizon not requiring Brew to be used, because it locks their customers into buying strictly from Verizon."

The iPhone's relative openness is more consistent with the past approach of AT&T (whose wireless arm was formerly called Cingular). Rather than having its own music store, AT&T has made available online stores run by Napster Inc., Yahoo Inc. and eMusic. It also released a Motorola phone, the ROKR, two years ago that was linked to iTunes.

If the iPhone is runaway success, it could be a vindication of AT&T's stance, and bring more of the openness of the computer world, where users control what software they use and who to buy content from, to the cell phone world.

The caveat here is that Apple is assuming some of the carrier's prerogatives, and doesn't give the consumer more choice in all areas. The iPhone is designed to work with only one music store, iTunes (though MP3s unprotected by digital rights management, as sold by stores like eMusic, can be played, just like on other phones).

The iPhone won't run third-party applications except through its Web browser, meaning they are likely to be quite limited. By contrast, smart phones running Palm or Windows Mobile software have a wealth of third-party applications available that do everything from expense tracking to horoscopes. The quality of those applications varies a great deal, however, and it's not surprising that Apple wants tighter control.

In perhaps the most striking example of how Apple is taking over the carrier's role, the iPhone will not be activated by AT&T salespeople in the store, but at home by the owner, through iTunes.

To top it off, analysts believe Apple will be getting a share of subscriber revenue from AT&T.

"This is absolutely unprecedented," said In-Stat's Chamberlain. For other cell-phone makers, "once you've sold the handset, that's it. That's the end of your relationship with the customer."

Even so, Chamberlain doesn't think the iPhone represents a big shift in power away from the carriers.

"The carriers have been at the center of the universe and will maintain that position for a long time," he said.

Indeed, while AT&T may be giving up a lot of its customary control of the handset's operations, Apple has given it a five-year U.S. exclusive on the iPhone, another unheard-of deal for the industry, where six months is a more common exclusivity period. And while sharing revenue with Apple, it's not subsidizing the retail price of the phone, which is otherwise the practice.

Apple's cachet isn't the only reason it can shake up industry conventions. The company's also new to the business.

"They are coming from the outside, they are certainly not bound by any previous expectations at all," Chamberlain said. "Apple certainly knew that they were absolutely a fresh start."

"If they're rewarded for that in a different way, then I think that kind of opens the world up for some entrepreneurs, who say: 'Let me design something, let me come up with something as hot or hotter than the iPhone, and get a share of that revenue,'" he added. "That's a world that hasn't been touched."

On the Net:

http://www.apple.com/iphone

**LOAD-DATE:** June 29, 2007

EXHIBIT F



Copyright 2007 The Washington Times LLC
All Rights Reserved
The Washington Times

June 28, 2007 Thursday

**SECTION:** BUSINESS; C09

**LENGTH:** 867 words

**HEADLINE:** The IPhone cometh;
Bandwagon gearing up for Apple's all-in-one device

**BYLINE:** By Adam Terese, THE WASHINGTON TIMES

**BODY:**

David Chamberlain knows what it feels like to be under Apple's spell. He experienced it firsthand when he was introduced to an IPod Nano.

"I didn't know I wanted it," said the analyst with In-Stat, a research firm in Scottsdale, Ariz. "I saw this little tiny Nano and this great high-resolution screen with pictures. And then I picked that thing up and held it and used it. I had to have it."

Apple Inc. is set to release its much-anticipated IPhone tomorrow, the latest "must-have" in the company's line of "cool" consumer-technology products. The phone - also a music player, camera and wireless Web device - is expected to sell out initially, despite its hefty price tag of $499 to $599.

IPhone enthusiasts got in line earlier this week at the Apple Store on Fifth Avenue in New York. Message-board posters on the Washington-area's Craigslist are offering to "line-sit" in return for payments of up to $200.

"There's a huge amount of interest from buzz," Mr. Chamberlain said. "They could ask double that initially, and they'd still sell every one that they had in stores."

Apple stores will close tomorrow at 2 p.m. to prepare for the IPhone's premiere and will reopen at 6 p.m. The phones will also be sold through Apple's Web site and at AT&T stores, which will follow a similar closing procedure but will stay open until 10 p.m.

AT&T has hired 2,000 temporary store workers to deal with the demand for the phone. Attempts to reach Apple spokesmen were unsuccessful.

Apple executives have a goal of selling 10 million phones by the end of 2008, about 1 percent of total handset sales worldwide. But the phone's high price and some drawbacks could end up disappointing buyers, especially with such lofty expectations already set. For example, analysts say the battery life is too short.

Only 9 percent of all mobile-phone subscribers in the U.S. showed "strong interest" in buying an IPhone, according a survey from M:Metrics, a wireless-research firm. And 67 percent of those who are most inclined to buy an IPhone are not AT&T subscribers, which has a five-year exclusive contract with Apple, according to the survey.

"It runs the risk of being a little less than all that emotional investment that we put into it," said Shiv Bakhshi, director of mobility research at IDC, a research firm based in Framingham, Mass. "So when it gets so hyped and so popular, there's always the fear of the letdown."

Still, the phone could excel, Mr. Bakhshi said. Initially, the phone will have limited appeal - mostly to early adopters and status-seekers - because of its price.

Mr. Chamberlain expects that every shipped IPhone in the first two weeks, maybe a month, will be sold. But he doesn't expect competitors to be hurt by the gadget.

In the larger scheme, the IPhone is just another phone, Mr. Bakhshi said. Its planned sales for the end of 2008 are a small portion of the handset market.

"It's only 10 million out of 1 billion, which is essentially a rounding error," he said. "But it could force other vendors to experiment with design."

Apple's competitors have been pushing their products and introducing new technologies this week in an effort to beat back the Apple hype.

Apple is known for its innovation, particularly with the IPod. The music player blew past MP3 players before it, and in April, Apple announced the sale of its 100 millionth IPod. Apple's ITunes digital-music store has become the third-largest music retailer in the U.S., with 10 percent of the market, according to the NPD Group, a research company in Port Washington, N.Y.

The IPhone, which does not have a keyboard, unlike many of its competitors, uses a touch-screen design that will let users type on a virtual keyboard and visually scroll through voicemail messages, an innovative feature.

Calling plans for the device, based on a two-year service agreement, start at $59.99 for 450 minutes.

"All of these things on one device, and you're slipping it into your shirt pocket," said Joe Farren, director of public affairs for CTIA, a nonprofit organization for the wireless-communications industry. "That is powerful."

What really separates the IPhone from other smart phones is its design and "cool" status, Mr. Chamberlain said.

"The big question that I keep asking is: Why is it a phone?" he said. "That's the answer I don't have yet."

After the initial buzz fades, there will be plenty of phones, said AT&T spokesman Michael Coe.

And complaints.

While it will take about a month to see the problems, Mr. Chamberlain said, IPhone's battery life, about eight hours for calls, will likely be one of them. Web access on the IPhone, which uses AT&T's mobile data network, is also slower than a 3-G network.

Customers will also have to get used to a virtual keyboard, instead of the keypads found on current smart phones. The IPhone's incompatibility with corporate e-mail systems will present problems for business customers, Mr. Chamberlain said.

But those problems won't keep consumers from buying the phone. He points out that his son is on his third IPod in three years.

"People who are using these things are extremely forgiving," Mr. Chamberlain said. "People give Apple a break that they wouldn't give to any other consumer-products company."

**LOAD-DATE:** June 28, 2007

EXHIBIT G



Copyright 2007 The San Diego Union-Tribune
The San Diego Union-Tribune

June 29, 2007 Friday

**SECTION:** BUSINESS; Pg. C-1

**LENGTH:** 1196 words

**HEADLINE:** iPhone launches amid Qualcomm chip ban;
Rivals could find their hands tied

**BYLINE:** Kathryn Balint, STAFF WRITER, Associated Press contributed to this report.

**BODY:**

The ban on imports of new cell phone models with Qualcomm chips might seem tailor-made to boost the competing Apple iPhone, which launches today, but experts disagree on whether iPhone hype helps sell iPhones or helps sell all mobile phones.

This month, the International Trade Commission, an independent U.S. federal agency, ordered a ban on bringing new models of phones into the country that use Qualcomm chips found to have infringed on a Broadcom patent for battery-conserving technology. Existing models of cell phones containing the chips are not affected.

The ban affects the high-speed EV-DO and WCDMA network technologies. Carriers that stand to suffer most are Verizon Wireless and Sprint Nextel, which rely heavily on chips from San Diego-based Qualcomm. Hardest-hit among manufacturers would be LG Electronics and Samsung Electronics.

The iPhone -- a combination music player, cell phone and Web device with a sleek touch-screen design -- is a high-end phone that does not contain Qualcomm chips. It would seem to compete with phones using Qualcomm chips that make it possible to surf the Internet at high speeds, download music and play 3D games.

But the ITC ban means the next potential "iPhone killer" -- as those in the industry call competing phones -- could be turned away by U.S. Customs.

One analyst said the timing of the iPhone launch makes things difficult for Qualcomm and its partners, who can't import new models with the infringing chips.

"Their hands are tied," said Jagdish Rebello, principal analyst of wireless communications for El Segundo-based iSuppli.

Qualcomm, Sprint Nextel and Verizon Wireless are pushing for President Bush to overturn the ITC ban.

"We want to see the new phones come out," Qualcomm Chief Executive Paul Jacobs said last week. "We're working with our partners around that, but there's just a whole lot of uncertainty, which a presidential veto would clear up."

Even AT&T, which has a five-year exclusive contract to carry the iPhone, is fighting the ITC ban because some of the other cell phones it carries contain Qualcomm chips.

"This issue is far larger than the iPhone," AT&T spokesman Mark Siegel said. "We think the ITC ruling would essentially ban innovation in the wireless industry. It would harm consumers and competition and public safety."

Not everyone is convinced the ban will help iPhone sales.

"It's hard to say whether or not Apple will benefit from it," said Mark McKechnie, an analyst for American Technology Research in San Francisco. "I think it's a bit of a stretch to say that Apple would benefit from that. From all indications, there's a good deal of pent-up demand for the iPhone, regardless of what's available on the other networks."

A survey of cell phone users by M:Metrics found that the iPhone's appeal alone may be strong enough to lure away customers from other wireless carriers. The Seattle-based M:Metrics polled 11,000 cell phone users in the United States. The survey found that 64 percent had heard of the iPhone and, of those who had, 14 percent had a "strong interest" in buying one.

Apple's marketing and product design prowess have sparked huge interest among consumers and forced other manufacturers to come up with new phones to blunt their new rival, Jacobs said.

"It's caused all the other manufacturers to step up their game," he said. "I can't tell you the number of people who say, `Oh, this is our iPhone killer.' It's already to that point where everybody's reacting."

If the iPhone is a success, Jacobs said, it will show that consumers are willing to pay much more for handsets than they do today.

"There's going to be a lot of people in the industry who are going to be very happy if it turns out that people are willing to spend that kind of money," he said.

Jacobs declined to say if Qualcomm has discussed collaborating with Apple on future iPhone models.

Qualcomm, maker of cell phone chips and developer of wireless technology, one day could benefit from the iPhone if Apple upgrades later models to work on AT&T's higher-speed network and which, in that case, could conceivably use Qualcomm technology to download music over the air.

In the meantime, Qualcomm thinks the iPhone could benefit the wireless industry as a whole with its breakthrough touch-screen design.

"A lot of the focus on the phone has been the user interface," said Bill Davidson, vice president of global marketing and investor relations for Qualcomm. "If Apple can raise the bar and cause others to work on user interface, I think it's a long overdue improvement that can only help the industry."

Apple set a goal of selling 10 million iPhones -- about 1 percent of the global market -- by the end of 2008. Industry analyst Piper Jaffray is more optimistic, forecasting sales of 15.6 million iPhones by the end of 2008 and 45 million in 2009.

"It's going to be successful," said Jeff Kagan, a telecommunications industry analyst based in Atlanta. "But it's a first-generation phone. The question is, how good is it going to be?"

Verizon Wireless, which had turned down Apple for the chance to be its partner in launching the iPhone, isn't worried by the new phone.

For starters, says Verizon, the iPhone runs not on AT&T's high-speed network but on its much slower network that is slightly faster than twice the speed of dial-up Internet access.

What's more, the iPhone isn't capable of downloading songs over a wireless network. The songs must be "sideloaded" onto the iPhone by connecting it to a computer, as iPods are loaded.

And the iPhone costs $499 for a model with 4 gigabytes of storage and $599 for one with 8 gigabytes of storage. That's far pricier than the average cell phone.

Verizon Wireless spokesman Ken Muche is confident that prospective customers will find more value in his company's offerings. For instance, he said, the LG Chocolate music player phone costs $149 with a two-year wireless service contract, runs on the company's high-speed network and can download the average song in about 24 seconds.

He said the iPhone is not hurting sales but, in fact, helping them.

"We've already got the better devices and the better service," Muche said.

Sprint's answer to the iPhone is its recently introduced Samsung UpStage music phone, which can download songs over the air, said spokeswoman Kathleen Dunleavy. The UpStage sells for $99, she said.

While they're careful to dispute any notion that they are reacting to Apple and AT&T, competitors will soon offer new phones.

Verizon will have a slimmer, upgraded version of the LG Chocolate music-player phone, while Sprint will have the LG Muziq clamshell, and a new smart phone, the HTC Mogul. T-Mobile USA just rolled out two phones, the Nokia 6086 and Samsung t409, that allow callers to use Wi-Fi.

"Anyone who is being dismissive of Apple's entry into the cell phone market this week is probably not planning effectively," said Michael Gartenberg, an industry analyst with Jupiter Research.

Associated Press contributed to this report.

IPHONE FACTS

Apple's iPhone goes on sale at 6 p.m. today.

Sold through Apple's retail and online stores and at AT&T outlets

Costs either $499 or $599 depending on whether it has 4 gigabytes or 8 gigabytes of flash memory

**GRAPHIC:** 1 PIC; 1 CHART; CAPTIONS: 1. Kellie DeFries of Pacific Beach, waiting to purchase an Apple iPhone at 6 p.m. today, was the only person in line shortly before 4 p.m. yesterday at the Clairemont Town Square's AT&T phone store. DeFries' husband dropped off pillows and a sleeping bag. 2. IPHONE FACTS; PHOTOBY: 1. Howard Lipin / Union-Tribune

**LOAD-DATE:** July 3, 2007

EXHIBIT H



Copyright 2007 The Houston Chronicle Publishing Company
All Rights Reserved
The Houston Chronicle

June 29, 2007 Friday
2 STAR EDITION

**SECTION:** BUSINESS; Pg. 4

**LENGTH:** 335 words

**HEADLINE:** AT&T is hoping for golden launch;
The carrier stands to reinvent itself, but Apple has more to lose

**BYLINE:** SANFORD NOWLIN, San Antonio Express-News

**DATELINE:** SAN ANTONIO

**BODY:**

SAN ANTONIO - San Antonio-based telecom giant AT&T stands to reap financial rewards and an image boost from Apple's highly anticipated iPhone, but much depends on how well both companies can execute their strategies once the hype around the phone's launch fades away.

The pricey and stylish iPhone, which combines a Web-enabled cell phone with Apple's iPod media player, is expected to generate massive sales with its debut today - and few in the industry doubt that it will raise the bar for the next generation of high-end cell phones.

But industry experts said questions remain as to whether the launch's buzz will carry over into a long-term win for AT&T, the iPhone's exclusive carrier for the next five years. The company is gambling that the $500 to $600 device will position AT&T as a cutting-edge wireless player and help it pull ahead of competitors such as Verizon Wireless and Sprint Nextel.

So far, the signs are good. AT&T has said more than 1 million customers have logged onto its Web site to request more information about the phone. Of those, 40 percent are currently customers of other carriers.

If nothing else, analysts said, the launch allows AT&T, which this year began phasing out its Cingular Wireless brand, to win a fresher consumer image.

"Where it's significant is the whole halo effect," said Roger Entner, senior vice president for IAG Research's communications sector. "If you're AT&T, you get to say, `Come to us. We're the home of all the coolest devices.' "

But analysts said much also depends on how vibrant a competitor Apple becomes in the cell phone industry. With its hefty price tag, the iPhone will be out of the price range of most consumers, and that means the company will need to look for ways to launch equally exciting but more affordable phones.

Apple chief Steve Jobs has said he expects to sell 10 million iPhones by the end of 2008. That may sound like a lot, but considering there are 253 million wireless phones in the United States, that's just a drop in the bucket.

**LOAD-DATE:** June 30, 2007

Westlaw                                                        NewsRoom

6/29/07 PHILADAILY (No Page)                                        Page 1


6/29/07 Phila. Daily News (Pg. Unavail. Online)
2007 WLNR 29529386
Loaded Date: 07/02/2007

Philadelphia Daily News
Copyright 2007 Philadelphia Daily News

June 29, 2007

Apple iPhone: Should you bite?
By Jonathan Takiff
Philadelphia Daily News


THE GIZMO: Never before has a consumer-electronics product been as hyped, analyzed and anticipated as the Apple iPhone _ the first combination iPod, mobile phone and Internet communications device rolled into one sleek and tidy package.

The product went on sale at AT&T and Apple stores Friday. Should you be emptying your bank account and switching carriers to acquire one? Let's investigate.

NOBODY'S EVER DONE THIS BEFORE: The most obvious visual and functional difference between the iPhone and other multimedia communications/entertainment products is the lack of a conventional keyboard.

Most operations are carried out on a touch-sensitive 3.5-inch color screen that covers almost the entire face of the device. The display is graphically transformed to the task at hand _ be it skimming your finger down a list of phone callers who've left messages, checking the weather forecast, or viewing a streamed YouTube video (more than 10,000 will be available for perusal).

The most impressive feature of the iPhone is its uncommon inclusion of high speed Wi-Fi Internet connectivity, in addition to phone and Internet access via AT&T's Edge network. This

© 2013 Thomson Reuters. No Claim to Orig. US Gov. Works.

combination (and Bluetooth, too) will allow the device to "multi-task" in Wi-Fi hot spots like no other smart phone ever has, said Richard Doherty of the Envisioneering Group, tech analysts with long and deep connections to Apple.

"Say you're in a strange town and decide you want to eat lobster. You can do a Google or Yahoo search on the iPhone that finds the closest restaurant that features it and brings up a map to plot the location, then have the phone automatically call the place to make a reservation, all in just a second or two with just a couple of screen taps."

BUT NOBODY'S EVER DONE THIS BEFORE: Apple has had two years to fine-tune the OS-X-based operating system and Safari browser to run the iPhone show. But we hear that the firmware is still being tweaked on a daily basis.

So, will programs clash and crash when, say, you're listening to a tune and get a sudden urge to snap a picture with the built-in 2-megapixel camera, and then try to e-mail the captured image to a friend while a phone call is coming in?

Also, will the Apple product survive repeated drops, as almost all mobile phones endure? Or will it be more, ahem, sensitive, as some iPods have proven to be. (At least there's no delicate disk drive in the iPhone. Music, video, etc., all get stored on solid-state flash memory.)

Just a couple weeks ago, Apple announced it was making a last-minute switch from a plastic to a more scratch-resistant, tempered-glass face plate. Also fresh out of the gate is Apple's Multi-Touch technology, which lets users perform cute tricks such as swiping across the screen to turn on the device, or "pinching" fingers together or apart to zoom in on a portion of a photo or Web page. Multi-Touch also is wise enough to sense (and shut off) the screen when you lift the phone to your face.

The relatively large display accommodates four-finger typing, said Doherty, better than the typical two-thumb tedium of other smart phones. But how easy will it be to enter text on that flat-glass surface? When you tap a letter or number, the character will momentarily enlarge to show it's been entered. And the built-in spell checker/word predictor will fix errors and finish words for you, Apple promises.

© 2013 Thomson Reuters. No Claim to Orig. US Gov. Works.

But without any tactile sensation to these keys, you won't be able to "feel" your way across the keyboard. Just skipping back and forth through iTunes-loaded music tracks will require a glance at the screen_until Apple or some third party comes up with a plug-in remote control.

WHO'S GONNA BUY THIS? At first, the iPhone won't be compatible with Blackberry, Windows Media or Palm-based corporate e-mail services. And the resident IT guys that deploy those devices are discouraging employees from attempting technical "work-arounds." Their fear is that the iPhones will pick up viruses and corrupt a company's computer system.

SERVING A DIFFERENT MARKET: Apple chief Steve Jobs sees the iPhone as more of a hip, "everyman" product, anyway_a multimedia pleasure chest for the same cool, multitasking set that's been clamoring for the iPod since 2001. Jobs predicts he'll move 10 million iPhones in its first year.

But the price of the iPhone_$499 for the model with 4GB of flash memory, $599 for the 8GB version_puts it in the same lofty territory as Sony's high-tech, multimedia PlayStation 3 game system, which enjoyed a brief spurt of passionate buying among early adopters, but has not really hit home with the youthful masses in the way that, say, the $250 Nintendo Wii has. Surely Verizon, Sprint and T-Mobile are making the same mental analogy, as they plan their next competitive offerings.

Also, you better believe that AT&T _ Apple's exclusive (for five years) iPhone marketing and service partner _ is going to demand a significant chunk of change (say, $60 to $100 every month) to make this communicator run through all its tricks.

APPLE INSIDER: A tech-industry exec who used to work at Apple reminded me that, "It's conventional wisdom you should never buy a first-generation Apple product." He also said that "the second- and third-generation iPhones are already being prepped for release, respectively, just before Thanksgiving and then at MacWorld in January."

Richard Doherty speculates that Apple could quickly cut the cost of an iPhone to $350 by "eliminating the Wi-Fi." He suggests that models in the near future will feature larger, 4-inch screens and AT&T's current, sluggish, 2.5G (generation) transmission technology will be upgraded to a more-robust 3G standard. He also notes that Apple has a history of rapidly increas-

© 2013 Thomson Reuters. No Claim to Orig. US Gov. Works.

ing a device's memory. "With the iPod it's been 50 percent a year."

 Given that a single feature-length film download from iTunes occupies about 1 GB of memory, a movie buff's first-gen iPhone could get clogged fast. One way around that_not yet announced but likely coming_would be for Apple to offer a variation of its .mac head-end data locker service. "You could keep 10 gigs worth of music stored in their server, and then tell the system to download, say, a specific 2 gigs' worth for the weekend_different music than you'd like to hear during the week," said Doherty. "Apple has lots of cute tricks up its sleeve like that one, that's going to make this product very desirable and hard for competitors to match."

———

E-mail Jonathan Takiff at takiffj@phillynews.com

———

(c) 2007, Philadelphia Daily News.

Visit Philadelphia Online, the World Wide Web site of the Philadelphia Daily News, at http://www.philly.com/

Distributed by McClatchy-Tribune Information Services.

———

TO SUBSCRIBE TO NEWS2USE

 Items in the News2Use package are not included in your MCT News Service subscription. You can subscribe to the News2Use package or purchase the items a la carte on MCT Direct at www.mctdirect.com. To subscribe, please call Rick DeChantal at Tribune Media Services at (800) 245-6536 or rdechantal@tribune.com. Outside the United States, call Tribune Media Services International at +1-213-237-7987 or e-mail tmsi@tribune.com.

© 2013 Thomson Reuters. No Claim to Orig. US Gov. Works.

Case: 12-17805, 06/21/2013, ID: 8678066, DktEntry: 30, Page 42 of 65

For reprints, email tmsreprints@permissionsgroup.com, call 800-374-7985 or 847-635-6550, send a fax to 847-635-6968, or write to The Permissions Group Inc., 1247 Milwaukee Ave., Suite 303, Glenview, IL 60025, USA.

---- INDEX REFERENCES ---

COMPANY: SONY CORP; AT&T INC; T MOBILE SERVICES SRL; MCCLATCHY CO (THE); ENVISION-EERING MEDICAL TECHNOLOGIES; YAHOO INC; GOOGLE INC; SPRINT NEXTEL CORP; APPLE INC; VERIZON COMMUNICATIONS INC; NINTENDO CO LTD

INDUSTRY: (Computer Equipment (1CO77); I.T. (1IT96); Electronics (1EL16); Palmtop Computing (1PA77); Telecom Consumer Equipment (1TE03); Consumer Products & Services (1CO62); Consumer Electronics (1CO61); Mobile Phones & Pagers (1WI07))

REGION: (Americas (1AM92); USA (1US73); Pennsylvania (1PE71); North America (1NO39); U.S. Mid-Atlantic Region (1MI18))

Language: EN

OTHER INDEXING: (Steve Jobs; Richard Doherty)

Word Count: 1237
6/29/07 PHILADAILY (No Page)
END OF DOCUMENT

© 2013 Thomson Reuters. No Claim to Orig. US Gov. Works.

EXHIBIT J



Copyright 2007 The Auburn Plainsman via U-Wire
University Wire

July 12, 2007 Thursday

**LENGTH:** 608 words

**HEADLINE:** Long awaited iPhone is instant hit

**BYLINE:** By Tamara Gresham, The Auburn Plainsman; SOURCE: Auburn U.

**DATELINE:** AUBURN, Ala.

**BODY:**

Wait no longer, the iPhone is finally here.

Apple's newest innovation, the iPhone, became available for purchase Friday, June 29 at 6 p.m. In order to become one of the first to have one, consumers across the country set up camp outside their local AT&T or Apple Store hours before the introduction of the iPhone.

"Most of the stores in our company sold out within a few hours of opening" said Dawn Benton, the public relations representative for AT&T.

After witnessing the high demand at the local store, sophomore in physical education Tray Blackmon decided to take another route. "I'm ordering mine from a guy for $400," Blackmon said. "I'll get it next Tuesday."

However, everyone doesn't need to resort to eBay just yet. Benton made sure to inform future customers Apple is replenishing the phones on a daily basis.

"Stores will get iPhones shipped to them regularly," she said. The key to getting an iPhone for most was to get to the closest retailer as early as possible and wait for it to open.

With a limit of two per customer, the iPhones are available on a first come, first serve basis, and once they're out for the day, that's it.

"There were about 20 people in line," junior in chemical engineering Marcus Coleman said. "I went to an AT&T store in Birmingham, (and) it wasn't that bad."

A cautious move would involve visiting apple.com and purchasing online directly from the Apple Store. The company even offers free shipping.

If the Internet is not accessible, one can order via phone by calling 1-800-MYAPPLE.

The iPhone is a 3-in-1 cell phone, iPod, and wireless internet device, but sets itself apart from other phones that are capable of doing similar things because of its massive storage capabilities. For only $499 customers receive a 4 GB device and for $100 more they can double their storage to an impressive 8 GB.

"It's amazing, period," Ricky Lee Whittemore said, a junior in management information systems.

He said the overall performance of his new iPhone was extraordinary. Apple has loaded the iPhone with a large battery that allows a talk time of up to 8 hours, 7 hours of video playback, 6 hours of Internet usage or 24 hours of audio.

With a 10-day battery standby, the iPhone blows its competition out of the water.

To hook up service to the new phone, customers had to log on to apple.com and connect service through iTunes. iTunes serves as the activation for AT&T.

Apple.com found a flood of more than 700,000 people logging on Friday and Saturday to connect service the new phone.

Customers also had to sign a two-year contract with AT&T to get service for the iPhone. As of now, AT&T has rights to the iPhone for the next five years. No other cell phone provider can give service to an iPhone. In addtion to the cost of the phone and the rate plan, customers must also pay a monthly fee called a data package.

Some are beginning to wonder how long will it reign as the latest technology.

Travis Coleman, a senior in international business, thinks it won't be long.

"(Apple) will come up with a better phone later in the year," he said. Coleman plans to wait.

In the meantime, Apple stores offer tutorials for those who have purchased their iPhone and need help figuring out how to use it.Like the iPod, the iPhone is navigated by touch, but it has no buttons. Using this device is centered on what could be called a pinch-tap-flick touch technology system where users let their fingertips guide their Internet experience.

To learn more about the iPhone, apple.com has a series of online demonstrations that introduce and explain all the functions of the device and are available forviewing.

(C) 2007 The Auburn Plainsman via U-WIRE

**LOAD-DATE:** July 12, 2007

# EXHIBIT K



Copyright 2007 Gale Group, Inc.
All Rights Reserved
ASAP
Copyright 2007 Rider Research, Inc.
The Online Reporter

July 14, 2007

**SECTION:** Pg. 11(3) No. 548 ISSN: 1364-7113

**ACC-NO:** 166610862

**LENGTH:** 2464 words

**HEADLINE:** iPhone: the aftershocks;
Apple Inc.'s smart phone

**BODY:**

Now that the initial buying frenzy is over, it's time to take a look at what could be next for Apple's iPhone.

While hackers work on getting the iPhone to work without AT & T, consumers are complaining about battery issues, and analysts continue to speculate about future iPhone models and European releases.

iPhone Unlocked

One of the hot topics regarding the use of the iPhone is getting past the AT & T requirements. When they purchase an iPhone, users haveto sign up for a two-year contract with AT & T before being able to use any of the iPhone's features, such as the iTunes player or the Safari Web browser even though neither need the

AT & T cellular

phone network.

AT & T reportedly has a five-year deal to be the exclusive US service provider for the iPhone.

But many people simply want the iPhone for its Wi-Fi and iPod capabilities instead of having to purchase an additional data plan. Yet others are just sworn against using AT & T and would much rather activate the phone with a company like Verizon or T-Mobile.

The Norwegian hacker popularly referred to as DVD Jon claims to have unlocked part of the activation process on the iPhone. Jon Lech Johansen, as he is otherwise known, posted a small software utility on his blog that edits code within the iPhone's system software.

By running the hack, Johansen said that iPhone owners can activatethe Wi-Fi and iPod capabili-

ties without needing to sign up for AT & T's mobile service. The phone services on the device will not be available, however.

Several users have posted comments to the blog verifying that the utility works. Johansen warned that the hack is not for novice users because it requires using a hex editor to manually alter code.

However, the iPhone Dev Wiki, a project dedicated to researching and unlocking the device, has posted several alternative methods for activating the iPhone.

The group noted that registering the iPhone and then canceling theplan (and paying a $175 cancellation charge plus about a month of service), using the phone number or SIM card from an existing iPhone ordeliberately failing the AT & T credit check will yield the same results as Johansen's hack.

The first method seems like the easiest long-term solution to having a non-contracted iPhone. A month of phone service will be about $60, plus the $175 cancellation charge; essentially, $235 will unlock auser's iPhone without the hassle and danger of DVD Jon's hack. This puts a fully "unlocked" 8GB iPhone costing close to $900 after taxes and cancellation fees. That's one expensive Wi-Fi-enabled iPod.

The major reason consumers would opt for the one-month plan would be to avoid DVD Jon's not-so-user-friendly hack and still enjoy the iPhone as the greatest iPod ever made.

Others might choose to stick with AT & T's plan and cancel when hackers have fully unlocked the iPhone to work on other cellular networks.

Johansen's efforts to unlock the activation process are part of a much larger effort to break the protections on the iPhone.

Some researchers are attempting to install third-party software and    connect the device to other mobile operators. Other hackers have reported progress on freeing the iPhone of its limitations.

It seems that the number-one objective for unlocking the iPhone isto move away from AT & T for mobile phone service.

The hackers say they plan to release a programming "toolchain" that    should push them toward their primary goal in a matter of days or weeks. That goal? Unlock the iPhone from AT & T and allow people to use    it on any compatible cell network in the world.

A hacker who goes by the name of "GJ" told Salon.com that they were    getting very close. He said, "The phone has got to communicate withthe cellular network somehow, and we've found that the radio hardware    in the iPhone is actually quite common in the industry. So we know how to get the radio to talk to the cell tower. What we don't understand is how to interact with the radio from the iPhone and to unlock it. But we're quite close."

According to GJ, the hack will probably work via software. Users could eventually be able to download a file that will patch the iPhone,    which will enable the phone to work on another cellular network.

A Big Step

He said that unlocking the phone from AT & T is a big step in the direction of more possibilities. The iPhone could be unlocked to create a platform for other developers to make useful applications for it(possibly VoIP compatibility?).

Right now, if the iPhone were unlocked to work with other carriers,    T-Mobile would be one of

the only other options to use it on the US. The iPhone uses the GSM cellular system, with AT & T and T-Mobile as the only big US networks that use it. Verizon and Sprint use an incompatible cell standard called CDMA.

GJ, among other hackers who spoke to Salon.com, predicts that if they unlock the iPhone, early adopters in Europe and Asia (where the phone has not yet been released), would flock to purchase the GSM standard.

Salon.com reports that one large group of about 30 hackers is working full-time on trying to unlock the iPhone. The article describes the hackers as "working more or less nonstop, digging, like miners in an uncharted hole, at all of the iPhone's hidden caves, in search of a rich vein."

There are more obstacles to overcome, however. Even if the hackersmanage to break the phone free from AT & T, getting it to run non-Apple-approved programs may be much more difficult. The hackers don't have the programming tools that Apple does, and, moreover, it's unclear if they can get around Apple's "cryptographic locks" on the phone.

A more serious threat may come from AT & T and Apple. If hackers unlock the iPhone tomorrow, Apple could lock it back up next week, andthen the group might have to start all over again. They could also face legal threats.

Anyone who buys the iPhone and doesn't use AT & T is engaging in an "illegitimate use" of the phone, AT & T spokesman Mark Siegel told the Wall Street Journal.

"I look at it and I'm like, 'Guys, what were you thinking?'" GJ told Salon.com. "We're in an age where people want to be able to build our own technology. We're becoming a culture of experimenters. And I think it's a little unfortunate that companies have decided to take this stand against us."

iPhone Battery Surgery

The Foundation for Taxpayers and Consumer Rights has filed a lawsuit against Apple and AT & T asking that the two companies involved inselling iPhones make full disclosures about issues with the iPhone'sbattery. Most iPhone users would have difficulty replacing the battery because it's soldered to the iPhone's circuit board. The product'sone-year warranty says Apple will replace the battery free of chargeif it drops below 50% of the original capacity.

Apple sells a $69 extended warranty that extends the iPhone's hardware repair coverage and battery replacement for a second year. For units not under warranty, Apple says it will charge users $86 to replace the battery but they must ship it to Apple and the normal repair time is three business days.

It was widely reported via both Internet and mainstream media outlets that the iPhone battery would only last 300-400 charges. Apple's $86 replacement program takes three days and may result in the loss of some data. This essentially adds almost $100 per year to the cost of the iPhone. Bloggers and customers were angry because these detailswere poorly disclosed by Apple prior to the iPhone launch.

Gizmodo, one of the blog sites that reported the battery issues, issued an informal apology which pointed out that it jumped to conclusions too quickly, much like many other blogs did. As it turns out, itall originated from misinterpretation of the New York Times' David Pogue's iPhone review which detailed the iPhone battery. The reality of the matter, however, was that Pogue's review stated that the iPhonebattery began to "lose capacity" after 300-400 charges--not that thebattery was expected to die at that point.

As the Gizmodo article points out, the Apple Web site clearly states:

"A properly maintained iPhone battery is designed to retain up to 80% of its original capacity after 400 full charge and discharge cycles. You may choose to replace your battery when it no longer holds sufficient charge to meet your needs."

This means that for the average user, two years from now he might be doing just fine with his original iPhone battery--especially if new   updates to the iPhone firmware add significant battery usage optimizations.

An iPhone Nano?

JP Morgan stock analyst Kevin Chang claimed this week that a new, smaller iPhone, based on the iPod nano, was on the way, citing conversations with unnamed sources in the supply channel and an Apple patent   published last week.

He said Apple would likely forego its touch screen with the nano model, instead adopting a circular touch pad control similar to the iPod's scroll wheel.

But three of Chang's colleagues released a new research note a daylater expressing doubt over the accuracy of his report. They believea 3G version of the iPhone is more likely to be released next.

"We caution that the potential for a low-end, subsidized phone from   Apple seems unlikely in the near term," wrote Bill Shope, ElizabethBorbolla and Vlad Rom. "Perhaps Apple will choose to eventually replace its iPod family with phones over time, but it could be premature to assume this will happen in volume any time soon."

The analysts questioned Chang's assumptions on the form factor andfunctionality of the so-called nano phone because they were based onpatent filings, which "give little information on actual upcoming products."

But they still said that a cheaper iPhone is "inevitable," mentioning that it took Apple more than two years to launch its first smaller   iPod, the iPod Mini.

"Our view is that the next iPhone will be 3G and remain a high-priced, non-subsidized model," they wrote. "We currently expect this to come in the first half of 2008, but an earlier launch is possible andwould be encouraging."

iPhone Across the Pond

Analysts and bloggers have debated for months on when Apple would be shipping iPhones to Europe and, more importantly, what wireless carrier or carriers it will support.

An analyst from Business Week offered his view:

"European carriers have demonstrated a profound lack of interest in   anything but a 3G version of the iPhone. Unlike the US, 3G service in Europe is ubiquitous but underutilized, and carriers are anxious to   generate traffic to justify multibillion-euro investments.

"Technically, it might not be hard for Apple to cobble up a 3G iPhone. But to announce an enhanced iPhone just after several hundred thousand people put down $600 apiece for a poky EDGE iPhone might be more of a slap in the face than even Apple's loyal fans could tolerate."

UK-based Wireless Watch had this to say on the matter in its July 9   issue:

"Vodafone's stock slipped on news that Telefonica O2 had nabbed the   contract for the UK, indicating that Apple would not go for a pan-European partner (a strategy that would have put Vodafone in the strongest position). While shareholders were disappointed at losing the high profile handset, it may well be that the giant cellco balked at Apple's aggressive terms of en-

gagement and particularly the revenue sharing conditions that the US firm wanted.

  "The iPhone will go on sale in the UK before the Christmas buying period and is likely to cost [pounds sterling]399 ($809) with a minimum two-year contract. However, O2 is unlikely to get such a long period of exclusivity as AT & T, with retailer Carphone Warehouse tipped to get rights to the iPhone in mid-2008. O2 is expected to share partof the revenue generated by each iPhone subscriber with Apple, indicating the ARPU boost that the operators expect from the phone's user allure.

  "Apple also aims to have iPhones on sale before Christmas in France   and Germany, at least, and now that it has abandoned its pan- European bid, the most likely candidates are Orange and T-Mobile respectively, with Telefonica O2 also picking up the deal in Spain. Sources inGermany say the device will go on sale there on November 1 and will cost [euro]450 ($619)."

  iPhone Competition

  In a connected world, how a device connects to the world is very important. Here's how five devices compare in the connectedness.

  To help clarify, we put together a chart that outlines the connectivity features of five popular media devices, leaving out the ever-changing features such as screen size, keyboard functions and extra software.

  Of the devices listed in the following chart, the Nokia N800, SonyMylo and Sansa Connect have expandable flash memory, while the Zune and iPhone must stand on their own included memory.

  What can be derived from the chart is the reason behind all the fuss about the phone aspect of the iPhone: The fact that the iPhone canonly use the AT & T network (no VoIP available) is one of its biggest   shortcomings for some.

  Take the hard disk capacity of the Zune, the Skype from the Mylo and the file format support from the Nokia. Add that to what the iPhone   can do, and consumers would have close to everything they need.

  JiWire Launches iPhone Wi-Fi Finder

  Mobile broadband advertising network JiWire this week launched an Apple iPhoneoptimized version of its Wi-Fi Finder. Now, iPhone users can find 150,000 public Wi-Fi networks in 135 countries worldwide, search for only free Wi-Fi networks, get maps and driving directions and click-to-call Wi-Fi locations that have registered phone numbers with JiWire.

  iPhone Cost of Ownership

|  | 24-month plan | One-month and cancel plan |
|---|---|---|
| 8GB iPhone | $599   + tax | $599 + tax |
| AT & T* | $1,440 | $60 |
| Cancel Fee | $0 | $175 |
| Total Cost | $2 ,040 | $835 |

*AT & T cost is for the minimum phone/data plan available for the iPhone; cost does not include taxes and connecting fees.

|  | Microsoft | Apple | Nokia | Sony | Sansa |
|---|---|---|---|---|---|

| | Zune | iPhone | N800 | Mylo | Connect |
|---|---|---|---|---|---|
| Wi-Fi | 802.11b/g | 802.11b/g | 802.11b/g | 802.11b | 802.11b/g |
| Browsing | No | Safari | Opera | Opera | No |
| Phone | No | AT & T | Skype | Skype | No |
| Downloads | No | No | Yes | No | Yahoo Music $12/mo |
| PC Sync | Yes | Yes | Yes | Yes | Yes |
| Music Format* | AAC, WMA | AAC | WMA,AAC, WAV, Real | WMA, ATRAC | WMA |
| Storage | 30GB Internal | 4GB-8GB Internal | 256MB Internal | 1GB Internal | 4GB Internal |

*All devices support MP3 format.

**LOAD-DATE:** July 31, 2007

EXHIBIT L



Copyright 2007 Newsweek
All Rights Reserved
Newsweek

September 3, 2007
U.S. Edition

**SECTION:** PERSPECTIVES; Pg. 23

**LENGTH:** 449 words

**HEADLINE:** Perspectives: Quotes in the News

**BODY:**

"I say to the president ... 'Pick whatever number you wish'."

Sen. John Warner,

on his proposed withdrawal of an as-yet-undetermined number of U.S. troops from Iraq by winter

"Sentencing is about a final accounting. It is a closure; it is a reckoning."

Judge Richard Howard,

in his sentencing of Florida sex offender John Evander Couey, who murdered 9-year-old Jessica Lunsford. Couey received the death penalty.

"He was hoping the judge would have done the right thing and sent him back to Panama, his home country."

Attorney Frank Rubino,

on a judge's decision that clears the way for his client, former Panamanian dictator Manuel Noriega, to be extradited to France, where he faces charges of money laundering

"We don't react the same when other animals are being killed for sport or the sake of human pleasure."

New York Knicks guard Stephon Marbury,

on public response to Atlanta Falcons quarterback Michael Vick, who pleaded guilty to charges stemming from dogfighting. Marbury later added that he does not condone Vick's actions.

**"I'm sorry to say I won't be in the iPhone scene anymore. I leave for college in two days, and I have so much to do."**

**Seventeen-year-old George Hotz,**

**who claimed credit for successfully unlocking the Apple iPhone, enabling it to be used with any carrier, not just AT&T, with which Apple has a five-year exclusivity deal**

"No country can shield itself from invasion by a pathogen incubating in an airline passenger or an insect hiding in a cargo hold."

World Health Organization director-general Margaret Chan, on a

WHO report citing air travel for a rise in infectious disease

"I want to know why I'm planning a funeral while George Bush is planning a wedding."

Anika Lawal,

of Maryland, whose daughter, an Army sergeant, was recently killed in Iraq

"The sheriff wants everyone to do 100 percent of their time. Unfortunately, the facilities we have, and the capacity we have as mandated by federal court, doesn't allow us to do that."

Los Angeles County Undersheriff Larry Waldie,

on the decision to release celebutante Nicole Richie after serving only 82 minutes of her four-day jail sentence for driving intoxicated

Reader Derek Barr of Moorefield, W. Va. submitted this quote:

"I've never had a naked man run to my house bleeding, you know what I mean?"

Tony Ballard,

of Gilbert, Ariz., after his neighbor fled to his home. The neighbor, Juan Gonzalez, was allegedly stabbed by his estranged wife while the two were having sex. His wife, Falon, was charged with attempted murder, while Juan was listed in serious condition.

Quotation sources from top to bottom, left to right: New York Times (2), Associated Press (2), Fortune, Reuters, The Washington Post, Los Angeles Times, Fox News

**LOAD-DATE:** August 28, 2007

EXHIBIT M



6 of 7 DOCUMENTS

Copyright 2007 Factiva ®, from Dow Jones
All Rights Reserved

Dow Jones Factiva

(Copyright (c) 2007, Dow Jones & Company, Inc.)

## THE WALL STREET JOURNAL.

The Wall Street Journal

October 22, 2007 Monday

**SECTION:** Pg. R1

**LENGTH:** 1580 words

**HEADLINE:** Technology (A Special Report) --- Free My Phone: Cellphone carriers tell us what phones we can use, what services we can access, what something else we can do;
 Consumers deserve better

**BYLINE:** By Walter S. Mossberg

**BODY:**

 Suppose you own a  Dell computer, and you decide to replace it with a  Sony. You don't have to get the permission of your Internet service provider to do so, or even tell the provider about it. You can just pack up the old machine and set up the new one.

 Now, suppose your new computer came with a particular Web browser or online music service, but you'd prefer a different one. You can just download and install the new software, and uninstall the old one. You can sign up for a new music service and cancel the old one. And, once again, you don't need to even notify your Internet provider, let alone seek its permission.

 Oh, and the developers of such computers, software and services can offer you their products directly, without going through the Internet provider, without getting the provider's approval, and without giving the provider a penny. The Internet provider gets paid simply for its contribution to the mix: providing your Internet connection. But, for all practical purposes, it doesn't control what is connected to the network, or carried over the network.

 This is the way digital capitalism should work, and, in the case of the mass-market personal-computer industry, and the modern Internet, it has created one of the greatest technological revolutions in human history, as well as one of the

Technology (A Special Report) --- Free My Phone: Cellphone carriers tell us what phones we can use, what services we can access, what something else we can do; Consumers deserve better The Wall Stree

greatest spurts of wealth creation and of consumer empowerment.

So, it's intolerable that the same country that produced all this has trapped its citizens in a backward, stifling system when it comes to the next great technology platform, the cellphone. A shortsighted and often just plain stupid federal government has allowed itself to be bullied and fooled by a handful of big wireless phone operators for decades now. And the result has been a mobile phone system that is the direct opposite of the PC model. It severely limits consumer choice, stifles innovation, crushes entrepreneurship, and has made the U.S. the laughingstock of the mobile-technology world, just as the cellphone is morphing into a powerful hand-held computer.

Whether you are a consumer, a hardware maker, a software developer or a provider of cool new services, it's hard to make a move in the American cellphone world without the permission of the companies that own the pipes. While power in other technology sectors flows to consumers and nimble entrepreneurs, in the cellphone arena it remains squarely in the hands of the giant carriers.

That's why I refer to the big cellphone carriers as the "Soviet ministries." Like the old bureaucracies of communism, they sit athwart the market, breaking the link between the producers of goods and services and the people who use them.

To some extent, they try to replace the market system, and, like the real Soviet ministries, they are a lousy substitute. They decide what phones can be used on their networks and what software and services can be offered on those phones. They require the hardware and software makers to tailor their products to meet the carriers' specifications, not just so they work properly on the network, but so they promote the carriers' brands and their various add-on services.

Let me be clear: Any company that spends billions to build and maintain a wireless network deserves to be paid for its use, and deserves to make a profit and a return for its shareholders. Not only that, but companies like Verizon Wireless or AT&T Inc. should be free to build or sell phones or software or services.

But, in my view, they shouldn't be allowed to pick and choose what phones run on their networks, and what software and services run on those phones. We need a wireless mobile device ecosystem that mirrors the PC/Internet ecosystem, one where the consumers' purchase of network capacity is separate from their purchase of the hardware and software they use on that network. It will take government action, or some disruptive technology or business innovation, to get us there.

To my knowledge, only one phone maker, Apple Inc., has been permitted to introduce a cellphone with the cooperation of a U.S. carrier without that carrier having any say in the hardware and software design of the product. And that one example, the iPhone, was a special case, because Apple is currently the hottest digital brand on earth, with its own multibillion-dollar online and physical retail network.

Even so, Apple had to make a deal with the devil to gain the freedom to offer an unimpaired product directly to users. It gave AT&T exclusive rights to be the iPhone's U.S. network for an undisclosed period of years. It has locked and relocked the phone to make sure consumers can't override that restriction. This arrangement reportedly brings Apple regular fees from AT&T, but penalizes people who live in areas with poor AT&T coverage.

Apple has also, so far, barred users from installing third-party programs on the iPhone, though the company announced last week it will open the phone to such programs early next year. (Web-based iPhone programs -- those that run inside the Web browser -- have been available from day one.)

These restrictions have rubbed some of the luster off the best-designed hand-held computer ever made.

A few other "smart phones" sold primarily to businesses have been freer of carrier restrictions on third-party software and services than typical cellphones. But even these handsets, such as Palm Treos, Windows Mobile devices,

Technology (A Special Report) --- Free My Phone: Cellphone carriers tell us what phones we can use, what services we can access, what something else we can do; Consumers deserve better The Wall Stree

and BlackBerrys, have been partly crippled by carriers in some cases.

As a technology reviewer, I have met with multiple small companies that had trouble getting their programs onto consumers' phones without the permission of the carriers; getting that permission often requires paying the carriers. Sure, there are some clumsy workarounds that can evade the carrier barrier, but it's nothing like the ability small software companies have had for decades to offer their products for installation on Windows or Macintosh computers.

We also need much greater portability of phone hardware. Because the federal government failed to set a standard for wireless phone technology years ago, we have two major, incompatible cellphone technologies in the U.S. Verizon Communications Inc. and Sprint Nextel Corp. use something called CDMA. AT&T and Deutsche Telekom AG's T-Mobile use something called GSM. Except for a couple of oddball models, phones built for one of these technologies can't work on the other. So that limits consumer choice and consumer power. If you want to switch from AT&T to Verizon, you have to swallow the cost of a new phone.

But the problem is even worse. The government didn't require the CDMA companies to include a removable account-information chip, called a SIM card, in their phones. So, unlike people with GSM phones, Sprint and Verizon customers can't keep their phones if they switch between the two carriers, even though they use the same basic technology. And, the government allows the GSM carriers to "lock" their phones, so a SIM card from a rival carrier won't work in them, at least for a period of time. Techies can sometimes figure out how to get around this, but average folks can't.

The carriers defend these restrictions partly by pointing out that they subsidize the cost of the phones in order to get you to use their networks. That's also, they say, why they require contracts and charge early-termination fees. Without the subsidies, they say, that $99 phone might be $299, so it's only fair to keep you from fleeing their networks, at least too quickly.

But this whole cellphone subsidy game is an archaic remnant of the days when mobile phones were costly novelties. Today, subsidies are a trap for consumers. If subsidies were removed, along with the restrictions that flow from them, the market would quickly produce cheap phones, just as it has produced cheap, unsubsidized versions of every other digital product, from $399 computers to $79 iPods.

The Federal Communications Commission is selling some new wireless spectrum that will supposedly lead to fewer restrictions for technology companies and consumers, but it's far from certain that the carriers, with their legions of lobbyists and lawyers, will allow such a new day to dawn. Google Inc. is making noises about trying to bust open the cellphone prison, with new software and services, but that's no sure bet either.

We've been through this before in the U.S., though many younger readers may not recall it.

Up until the 1970s, when the federal government intervened, you weren't allowed to buy your own landline phone, and companies weren't able to innovate, on price or features, in making and selling phones to the public. All Americans were forced to rent clumsy phones made by a subsidiary of the monopoly phone company, AT&T, which claimed that, unless it controlled what was connected to its network, the network might suffer.

Well, the government pried that market open, and the wired phone network not only didn't collapse, it became more useful and versatile, allowing, among other things, cheap connections to online data services.

I suspect that if the government, or some disruptive innovation, breaks the crippling power that the wireless carriers exert today, the free market will deliver a similar happy ending.

---

Mr. Mossberg writes The Wall Street Journal's Personal Technology column. He can be reached at

Technology (A Special Report) --- Free My Phone: Cellphone carriers tell us what phones we can use, what services we can access, what something else we can do; Consumers deserve better The Wall Stree

mossberg@wsj.com

    License this article from Dow Jones Reprint Service

**NOTES:**
PUBLISHER: Dow Jones & Company, Inc.

**LOAD-DATE:** October 22, 2007

EXHIBIT N



Copyright 2007 ProQuest Information and Learning Company
All Rights Reserved
ABI/INFORM
Copyright 2007 Risk Management Society Publishing, Inc.
Risk Management

October 2007

**SECTION:** Pg. 8 Vol. 54 No. 10 ISSN: 0035-5593; CODEN: RMGTDN

**ACC-NO:** 1368985481

**LENGTH:** 1241 words

**HEADLINE:** The iPhone's Full Circle of Irony

**BYLINE:** Coffin, Bill

**BODY:**

Upon its debut this summer, the Apple iPhone took the world by storm as the sexiest piece of personal technology since Apple last turned things upside down with its now-ubiquitous iPod. The iPhone, which marks Apple's first venture into the telecom market, kicked off with an exclusive deal with AT&T so that it will be the only service carrier available to iPhone users for the next five years. Numerous software companies are now racing to unlock the iPhone to other carriers by purely software-based methods. In 1971, Esquire ran an article about Joe Engressia, John Draper and the whole phreaker (phone + freak) scene. A federal crackdown on phreaking in the early 1990s put an end to much of it, and phone systems today make it almost impossible to phreak the system and get away with it. Today, phreaking is all but a footnote in techno-geek history, but in its place is computer hacking and everything that entails.

**FULL TEXT:**

Upon its debut this summer, the Apple iPhone took the world by storm as the sexiest piece of personal technology since Apple last turned things upside down with its now-ubiquitous iPod. The iPhone, which marks Apple's first venture into the telecom market, kicked off with an exclusive (and lucrative) deal with AT&T so that it will be the only service carrier available to iPhone users for the next five years. Or will it?

Barely two months after the iPhone's release, New Jersey teenager George Hotz spent most of his summer break with a new iPhone, a soldering iron and a strong desire to make his phone work on T-Mobile's network. On August 21, Hotz posted on his blog that he had successfully hacked the phone to operate outside of AT&T, and listed instructions for how others could repeat the effect. Numerous software companies are now racing to unlock the iPhone to other carriers by purely software-based methods. So much for exclusivity.

Meanwhile, two weeks earlier, an enigmatic figure named Joe Engressia died of a heart attack at the age of 58. Far from a household name, his obituary nevertheless received feature status in the New York Times. While few realized the subtle link between his life's work and the recent iPhone hack, the two were indeed connected in a web of risk and reward that has been helping to shape the telecommunications industry for decades.

In 1957, Engressia, a child genius who was blind since birth and fascinated with listening to telephone recordings, realized that if he whistled into the phone at a certain pitch, the recordings would stop. As it turned out, Engressia had perfect pitch and could whistle at exactly 2600 Hz-the precise frequency used by the phone company to take control of a trunk line, from which any variety of further calls could be made. All Engressia had to do was call a toll-free 800 number and whistle into the phone, and he could connect to anywhere in the world for free. In the years that followed, Engressia found like-minded "phreaks" (phreak = phone + freak) with whom to share notes and enjoy a sense of community. It was from this growing subculture that Engressia (a.k.a. The Whistler) met John Draper.

Former "phreaker" Steve Jobs is now feeling the hacker sting firsthand.

At that time, phreaks were trying all sorts of ways to duplicate the frequency needed to jack the system, and Engressia discovered that a free whistle being given out in boxes of cereal could be used to that end. He gave this information to Draper, whose extensive use of the whistle made him a phreaking legend. Known as Cap'n Crunch, Draper could manipulate side-by-side payphones and then route a round-the-world call between them so that he could talk into one phone and hear himself about 20 seconds later through the other. At one point, he supposedly learned the code word needed to speak with the president ("Olympus"), got a connection to Richard Nixon's office phone and pranked Tricky Dick about a fictional toilet paper shortage in Los Angeles.

In 1971, Esquire ran an article about Engressia, Draper and the whole phreaker scene. As a result, both Draper and Engressia underwent criminal investigation. Engressia got five years probation and had to swear off phreaking for good (although he did work as a troubleshooter for Mountain Bell in Denver for a while). Draper actually did some time for wire fraud; it would be the first of a few stints in jail for him.

None of this crushed phreaking, though. If anything, it broke it wide open, and pretty soon any kid with enough technical aptitude, interest in the phone system and disregard for the law was getting in on the act.

Most phreaks were building and using "boxes"-hardware that could hijack phone lines and use them in all sorts of ways the phone company never intended. Most common were blue boxes (supposedly named after the blue jumpsuits of phone company workers) that Draper had used

extensively to pioneer ways for beginning free calls. There were also red boxes, which could make a free call from a pay phone by simulating the sound of a coin dropping into the slot. Other boxes enabled users to keep payphones from hanging up, create party lines from different phones, broadcast calls on AM radio or even foil FBI line traces. For years, phreaks chased rumors of a blotto box, which could short out every phone in a given area but was, in fact, just a hoax.

Needless to say, Engressia and Draper were not the only phreaks who ran afoul of the law. But that is not to say that all who phreaked turned out to be mere criminals.

Shortly after Draper's initial arrest, he was noticed by Steve "Woz" Wozniak, then a student at the University of California at Berkeley. Draper shared his blue box with Woz, who greatly improved the design. Soon, Woz and his friend Steve Jobs began selling blue boxes of their own to others on campus. The money the pair raised from this venture helped fund the creation of-you guessed it-Apple Computer, which in turn, helped laugh the personal computer revolution.

As the PC boomed, bulletin board systems gave phreakers unprecedented ability to kibbitz with each other, but it would never last. A federal crackdown on phreaking in the early 1990s put an end to much of it, and phone systems today make it almost impossible to phreak the system and get away with it. Merely owning a red box-let alone using one-can land you in jail. Today, phreaking is all but a footnote in techno-geek history, but in its place is computer hacking and everything that entails.

Which brings us back to Apple. In an ironic twist that the company's exphreaker CEO must surely appreciate on some level, iPhone hacker George Hotz has since been given a Nissan 350Z and three more iPhones as payment for the one he modified. Plus, he enjoys celebrity status in the open-source community and among anyone who appreciates sticking it to a major corporation. Meanwhile, Apple must contend not only with the diminishing value of its AT&T deal, but has threatened legal action against the various software companies looking to sell programs that duplicate Hotz's work without having to break open the iPhone and solder its innards.

So it goes, where the corporate efforts of one phreaker are threatened to be undone by another-a next-generation renegade geek whose own love for technology and disdain for rules was practically pioneered by his turtlenecked nemesis.

Known as Cap'n Crunch, Draper could manipulate side-by-slde payphones and then route a free round-the-world call between them.

**GRAPHIC:** Photographs

**LOAD-DATE:** October 22, 2007

## CERTIFICATE OF SERVICE

I, Daniel M. Wall, hereby certify that I electronically filed the foregoing motion and accompanying exhibits with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on June 21, 2013, which will serve all counsel registered to receive electronic notices.

s/ Daniel M. Wall
Daniel M. Wall