FILED

SEP 05 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: MAGSAFE APPLE POWER ADAPTER LITIGATION.<br><br>NAOTAKA KITAGAWA, Jr.; et al.,<br><br>      Plaintiffs - Appellees,<br><br>  v.<br><br>ROBERT JOSEPH GAUDET, Jr.,<br><br>      Plaintiff - Appellant,<br><br>  v.<br><br>APPLE, INC.,<br><br>      Defendant - Appellee. | No. 12-15757<br><br>D.C. No. 5:09-cv-01911-JW<br>Northern District of California, San Jose<br><br>ORDER |
| In re: MAGSAFE APPLE POWER ADAPTER LITIGATION.<br><br>NAOTAKA KITAGAWA, Jr.; et al.,<br><br>      Plaintiffs - Appellees,<br><br>  v. | No. 12-15782<br><br>D.C. No. 5:09-cv-01911-JW<br>Northern District of California, San Jose |

AT/MOATT

MARIE GRYPHON, Objector,

        Plaintiff - Appellant,

v.

APPLE, INC.,

        Defendant - Appellee.

Before: REINHARDT and BEA, Circuit Judges.

    Plaintiffs - appellees' motion to file an oversized reply to the motion to dismiss appeal No. 12-15782 is granted. The motion to strike is denied.

    Plaintiffs - appellees' motion to dismiss appeal No. 12-15782 is denied without prejudice to renewing the arguments in the answering brief. *See Nat'l Indus. v. Republic Nat'l Life Ins. Co.*, 677 F.2d 1258, 1262 (9th Cir. 1982) (stating that merits panel may consider appellate jurisdiction despite earlier denial of motion to dismiss).

    Appellant Marie Gryphon's motion to vacate the appeal bond order is denied without prejudice to renewing the arguments in the answering brief. *See Azizian v. Federated Dept. Stores, Inc.*, 499 F.3d 950 (9th Cir. 2007).

    The following briefing schedule shall govern these consolidated appeals: the opening briefs are due October 15, 2012; the consolidated answering brief is due

November 14, 2012; and the optional reply brief is due within 14 days after service of the answering brief.