

March 31, 2017

Molly Dwyer        VIA CM/ECF
Clerk of the Court
U.S. Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, California 94119

     Re:     Counsel's Availability for Oral Argument – July 2017
               *San Francisco Apartment Association, et al. v. City & County of San Francisco*, No. 15-17381

Dear Ms. Dwyer:

      I am counsel of record for appellants San Francisco Apartment Association, *et al.*, in the above-captioned appeal.

      Pursuant to your notice dated March 28, that this appeal is being considered for oral argument in May of 2017, I write to notify you that counsel for appellant are available for oral argument on July 12-14 of the week scheduled for argument in San Francisco that month. However, counsel have scheduling conflicts that make them unavailable on July 10 and 11.

      Additionally, it is anticipated that the same counsel will argue this this appeal and another for which availability has also been requested for that same week.[1] If both will be heard that week, counsel would respectfully request that the two hearings be set on different days, and preferably with at least a day between them.

                                                    Sincerely,

                                                    Christopher E. Skinnell

---

[1] *County of Amador, California v. Department of Interior, et al.*, Appeal No. 15-17253.

[CES1933.04]