# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

October 6, 2014

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526

    Re:  Herb Reed Enterprises, LLC
          v. Florida Entertainment Management, Inc., et al.
          No. 13-1271
          (Your No. 12-16868)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

                                    Sincerely,

                                    **Scott S. Harris**, Clerk