UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

LOCATION OF HEARING for FEBRUARY CALENDAR:                    Date of Notice:

Richard H. Chambers Court of Appeals Building                 Nov. 25, 2013
U.S. Court of Appeals for the Ninth Circuit
125 South Grand Avenue
Pasadena, CA 91105

>>> Picture ID required to enter Courthouse <<<
COUNSEL WILL PLEASE CHECK-IN WITH THE DEPUTY IN THE COURTROOM
All CJA Counsel call (415) 355-7993  for travel authorization

Monday, February 10, 2014  9:00 am    Courtroom 1

| ( ) | *  | 10-71198 | Perez Ramirez v. Holder |
| ( ) | *  | 11-71793 | Romero-Mendez v. Holder |
| ( ) | *  | 11-72530 | Zamarripa-Bonilla v. Holder |
| ( ) | ** | 12-56028 | Smith v. Mylan |
| ( ) | ** | 12-56066 | Johnson v. Cardtronics United States |
| ( ) | ** | 12-71748 | Arjmand v. USDHS |

Monday, February 10, 2014  9:00 am    Courtroom 3

| ( ) | *  | 10-71084 | Ortega v. Holder |
| ( ) | *  | 11-72483 | Guadalupe Montoya v. Holder |
| ( ) | *  | 13-50066 | United States v. Dominguez-Maroyoqui |
| ( ) | ** | 12-56031) 12-56110) | FG Hemisphere Associates v. Unocal Corp |
| ( ) | ** | 12-56055 | Hernandez v. BCI Coca-Cola Bottling Co |
| ( ) | ** | 12-56824 | Southern California Stroke Rehabilitation Associates v. Nautilus |

Tuesday, February 11, 2014  9:00 am    Courtroom 1

| ( ) | *  | 10-70010 | Rivera-Jimenez v. Holder |
| ( ) | *  | 10-70078 | Evelinda-Vasquez v. Holder |
| ( ) | *  | 13-50387 | United States v. Emmett |
| ( ) | ** | 10-71832 | Sadychov v. Holder |
| ( ) | ** | 12-56082 | Los Feliz Ford v. Chrysler Group |
| ( ) | ** | 12-56892 | Galope v. Deutsche Bank National Trust Co |

* MAXIMUM ARGUMENT TIME 10 MINUTES PER SIDE
** MAXIMUM ARGUMENT TIME 15 MINUTES PER SIDE

PLEASE RETURN ENCLOSED ACKNOWLEDGMENT
NOTICE to PASADENA CLERK'S OFFICE

Tuesday, February 11, 2014  9:00 am    Courtroom 3

| | | | |
|---|---|---|---|
| ( ) | * | 12-55276 | Airs Aromatics v. Victorias Secret Stores Brand Management |
| ( ) | * | 12-56486 | Airs Aromatics v. Hakim |
| ( ) | ** | 10-55933 | Kismet Acquisition v. Diaz-Barba |
| ( ) | ** | 12-56953) 12-56954) | Valdez v. Kismet Acquisition |
| ( ) | | 12-56329) 12-56418) | Kismet Acquisition v. Diaz-Barba |

Wednesday, February 12, 2014  9:00 am    Courtroom 1

| | | | |
|---|---|---|---|
| ( ) | * | 09-73690 | Singh v. Holder |
| ( ) | * | 10-70116 | Hovhannisyan v. Holder |
| ( ) | * | 12-56716 | Wetzels Pretzels v. Johnson |
| ( ) | ** | 12-56014 | Palladino v. South Coast Oil Corp |
| ( ) | ** | 12-56043 | Palladino v. E & B Natural Resources |
| ( ) | ** | 12-56938 | Avila v. Chiquita Fresh North America |

Wednesday, February 12, 2014  9:00 am    Courtroom 3

| | | | |
|---|---|---|---|
| ( ) | ** | 12-17591 | Murray v. Time |
| ( ) | ** | 12-56696 | Boorstein v. Men's Journal LLC |
| ( ) | ** | 12-56925 | Baxter v. Rodale |
| ( ) | ** | 12-57209 | King v. Conde Nast Publications |
| ( ) | ** | 12-57231 | Miller v. Hearst Communications Inc |

Thursday, February 13, 2014  9:00 am    Courtroom 1

| | | | |
|---|---|---|---|
| ( ) | * | 09-73534 | Gerungan v. Holder |
| ( ) | * | 10-70029 | Chandra v. Holder |
| ( ) | * | 10-70101 | Dewi v. Holder |
| ( ) | ** | 12-56074 | Pike v. City of Newport Beach |
| ( ) | ** | 12-56280 | Fortyune v. City of Lomita |
| ( ) | ** | 12-56899 | Evanston Ins. Co v. MGA Entertainment |

Thursday, February 13, 2014  9:00 am    Courtroom 3

| | | | |
|---|---|---|---|
| ( ) | * | 10-70746 | Grigoryan v. Holder |
| ( ) | * | 10-70836 | Grigoryan v. Holder |
| ( ) | * | 10-70900 | Kitapszyan v. Holder |
| ( ) | ** | 12-56119 | Physicians for Integrity in Medical Research v. Hamburg |
| ( ) | ** | 12-56155 | FDIC v. Tarkanian |
| ( ) | ** | 12-56164 | US Specialty Ins. Co. v. XL Specialty Ins. Co |

* MAXIMUM ARGUMENT TIME 10 MINUTES PER SIDE
** MAXIMUM ARGUMENT TIME 15 MINUTES PER SIDE
OTHER CASES 20 MINUTES PER SIDE

Friday, February 14, 2014  9:00 am    Courtroom 1

| | | | |
|---|---|---|---|
| ( ) | * | 09-73318 | Perdomo De Aparicio v. Holder |
| ( ) | * | 10-70129 | Garcia-Juarez v. Holder |
| ( ) | * | 12-56640 | Howard v. Hibshman |
| ( ) | ** | 12-56189 | Young v. Hilton Worldwide |
| ( ) | ** | 12-56211 | Sieczkowski v. Colvin |
| ( ) | ** | 12-56219 | Ghosh v. Uniti Bank |

Friday, February 14, 2014  9:00 am    Courtroom 3

| | | | |
|---|---|---|---|
| ( ) | * | 10-70908 | Xia v. Holder |
| ( ) | * | 10-73054 | Hou v. Holder |
| ( ) | * | 12-56643 | Simpson v. Potter |
| ( ) | ** | 12-56009) 12-56011) | Sharp v. Bryan Cave LLP |
| ( ) | ** | 12-56862 | Executive Risk Specialty Ins. Co v. Hyan |
| ( ) | ** | 12-56891 | Anderson v. HSBC Bank Nevada |

* MAXIMUM ARGUMENT TIME 10 MINUTES PER SIDE
** MAXIMUM ARGUMENT TIME 15 MINUTES PER SIDE
OTHER CASES 20 MINUTES PER SIDE

PLEASE RETURN ENCLOSED ACKNOWLEDGMENT
NOTICE to PASADENA CLERK'S OFFICE

Wireless Internet Connectivity is now available in the
Richard H Chambers U.S. Court of Appeals Building

[see **Filing Instructions** on the Acknowledgment Form]
www.ca9.uscourts.gov

> OFFICE OF THE CLERK
> U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
> 95 SEVENTH STREET, P.O. BOX 193939
> SAN FRANCISCO

## NOTICE OF CASES SET FOR HEARING

Your case has been set for hearing as indicated on the attached calendar. Please take special note of the time and place of hearing. In order that the court may make proper arrangements for oral argument, it is essential that you immediately complete the attached acknowledgment of hearing notice and return it to the Clerk's Office via the Appellate ECF system [ or by hardcopy for those granted an exemption from using the Appellate ECF system.]

In preparing for oral argument, the parties should be guided by Rule 34 of the Federal Rules of Appellate Procedure. The following information is provided to ensure the effectiveness of the hearing process:

**Possibility of Mootness or Settlement** - If your case has become moot or a settlement is imminent, immediately advise the Clerk's office in writing and **BY TELEPHONE**. For ECF-registered parties, this must be filed electronically as "Correspondence to Court."

**Notification of Related Cases** - If you are aware of other cases pending in this court which are related to and which should be calendared with your case(s) on the attached calendar, please notify this office.

**Admission for Oral Argument** - Any attorney who will be presenting oral argument must have been admitted to the bar of this court. **The forms necessary for admission may be obtained through the court's website  [ www.ca9.uscourts.gov ] under Forms.  If you have not been admitted, or need to verify you have applied, please call the Attorney Admissions Inquiry line at (415) 355-7800 and leave the requested information.** While admission in open court on the day of hearing is discouraged, you may elect such an admission procedure. Candidates for admission in open court must appear in the Clerk's Office with a sponsor who has already been admitted to the bar of the circuit, and who can orally move the admission before the calendar is called.

**Submission Without Oral Argument** - A party who feels that oral argument would not be of assistance to the court may present a written motion asking the court to submit the case on the briefs for decision without oral argument. Such a motion must be served on all parties. For ECF-registered parties, this motion must be filed electronically. The court may, on its own motion, determine that oral argument would not be of assistance. In such cases, all parties will be advised by separate notice pursuant to Fed. R. App. P. 34(a).

[email:  pas_ca09calendar@ca9.uscourts.gov     Subject: PAS Hearing Notice]
08/22/11                                                                                        www.ca9.uscourts.gov

**Appearing for Argument** - If oral argument is to be presented, please register with the courtroom deputy in the courtroom posted for your case 30 minutes before the time of the hearing. All parties for all cases must be registered and present at the time the session is convened.

**Hearing Order of Cases** - Cases are generally heard in the order in which they appear on the calendar. On the other hand, a panel may elect to poll the calendar prior to the commencement of argument and to rearrange the order of cases based on the projected length of the argument. Nevertheless, parties in the first case should be prepared to begin argument immediately after the court is convened in the event that the entire calendar is not polled.

**Time for Oral Argument** - Cases scheduled for oral argument will be assigned ten, fifteen, twenty, or occasionally thirty minutes per side. Check your Location of Hearing Notice to determine your time allotment.

**Subject of Oral Argument** - At the time of hearing, the judges of the panel will have studied the briefs and the excerpts of record and will be familiar with the facts and issues of the case. Argument should be devoted to clarifying issues as needed and to responding to questions raised by the judges of the panel.

**Presenting Additional Citations** - Additional citations of relevant decisions rendered since the filing of the party's last brief -or after oral argument but before decision- may be submitted by letter, showing proof of service on all counsel and parties not represented by counsel. For ECF-registered parties, this letter must be filed electronically, but if filed by paper, **only the** original must be submitted to the court. The letter must state the reasons for the citations, referring to either the page of the brief or to a point argued orally. The body of the letter must not exceed 350 words. Any response must be made promptly and similarly limited. [FRAP 28j, Cir. R. 28-6]

**Identity of Panel Members** - Not earlier than the week before the court week in which your case will be heard, the names of judges hearing the currently calendared cases will be announced. The names will be posted on the public bulletin board of the Clerk's Office of your local U.S. District Court and on this Court's web page. You may also determine the names of the judges by submitting with the enclosed acknowledgment form, a self-addressed, postage-paid envelope and a card listing the case number, date and time of hearing. We will write the names of the judges hearing your case on this card and mail it to you at the same time that the official calendars are mailed to the District Court Clerk's Offices for posting.    [ www.ca9.uscourts.gov ]

**Continuances** - After a case has been calendared, continuances are not granted except for a showing of extraordinarily good cause. If oral argument is essential but you find it impossible to be present, you must, immediately after receipt of this hearing notice, submit a formal motion and supporting affidavit for continuance. For ECF-registered parties, this motion must be filed electronically. Presentation of the motion does not ensure that the continuance is granted. The court will not consider the motion for continuance after the identity of the panel of judges has been divulged.

DRIVING DIRECTIONS TO COURTHOUSE

**The Richard H. Chambers U.S. Court of Appeals Building is located at 125 South Grand Avenue, in Pasadena, California.**

From **downtown Los Angeles**, take the Pasadena Freeway (110) to the Orange Grove Blvd. exit.  Go north on Orange Grove approximately two miles and turn left on Maylin Street or Del Rosa Drive one block to Grand Avenue.

From the **west via the Ventura Freeway** (134), exit Colorado/Orange Grove Blvd. exit.  Go south (right) on Orange Grove to Green Street.  Turn right one block to Grand Avenue.

From the **east via the Foothill Freeway** (210) exit at Orange Grove Blvd., go south (left) on Orange Grove to Green Street.  Turn right one block to Grand Avenue.



**Park** in the lot across from the Richard H. Chambers U.S. Court of Appeals Building.

July 25, 2011

## Notice for Drivers of Electric Vehicles

Consistent with the government's policy of supporting [Zero-Emission Vehicles (ZEV's)](), the United States Court of Appeals for the Ninth Circuit has an [Electric Vehicle Charging Station]() available at the Richard H. Chambers courthouse in Pasadena, California.

The charging station may be used by attorneys attending oral arguments and other visitors to the Pasadena Courthouse. The charging station consists of a 20A power outlet, either 220V or 110V, and a [Level 2 charger]().

Drivers may use the available charger or bring their own portable charger. Because availability is limited, please reserve a power outlet and charger at least 24 hours in advance by contacting Eve Fisher, Senior Deputy Clerk at [Eve_Fisher@ca9.uscourts.gov]() or at 626-229-7251.

**U.S. Court of Appeals for the Ninth Circuit**
**Electronic Devices Policy**

This policy pertains to the use of electronic devices by the bar, media and the public in the courthouses and other dedicated spaces housing the United States Court of Appeals for the Ninth Circuit.   These are the William K. Nakamura U.S. Courthouse in Seattle, the Pioneer U.S. Courthouse in Portland, the James R. Browning U.S. Courthouse in San Francisco, the Richard H. Chambers U.S. Courthouse in Pasadena, and the U.S. Court of Appeals for the Ninth Circuit in Honolulu.  The policy also applies to other places in which the court holds session for special sittings.  These include courtrooms in the district courthouses and spaces in law schools and other locations.

Visitors to any of the Ninth Circuit courthouses and dedicated spaces are allowed to carry and make use of various electronic devices as set out by this policy.  Different rules may apply when the court meets in another venue, such as a district courthouse.  Where conflicts between this policy and that of a district court become known, the chief circuit judge and chief district judge, or their designees, will confer to resolve such conflicts.

**General Rules:**

1. Anyone may bring electronic devices, such as a Blackberry, smart phone, laptop computer or a similar functioning device having wireless communications capability into the courthouse.

2. Except for courtrooms, persons may use such devices in public areas of the courthouse to make telephone calls and to transmit and receive data communications, such as email or text messages, or to access the Internet.  For reasons of privacy, safety, and security, use of these devices to take photographs or for audio or video recording or transmission is prohibited in the courthouse (exceptions for court staff, authorized vendors or for educational or ceremonial events).

3. In courtrooms, persons may use such devices to take notes, transmit and receive data communications, and access the Internet.  This includes media members who are transmitting written accounts of the proceeding to a wider audience using various means.  Persons may not use these devices for telephone calls, photographs or audio or video recording or transmission.  Telephone ring tones and other functional sounds produced by devices must  be disabled while in the courtroom.   Only quiet keyboards may be used in the courtrooms.

4. The presiding judge of a judicial panel may prohibit or further restrict use of such devices by all persons prior to or during a proceeding when necessary to protect the rights of the parties or to assure the orderly conduct of the proceedings.
5. This policy will be prominently displayed wherever the court holds session and posted on the court's website.  Failure to adhere to the policy may result in removal from the courtroom or other sanction.

Adopted June 23, 2010.