

1201 Third Avenue, Suite 4900
Seattle, Washington 98101
PHONE: 206.359.8000
FAX: 206.359.9000
www.perkinscoie.com

Eric D. Miller
PHONE: (206) 359-3773
FAX:     (206) 359-4773
EMAIL: EMiller@perkinscoie.com

May 16, 2014

Ms. Molly C. Dwyer
Clerk, United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94013

**Re:     Huong Hoang v. IMDb.com, Inc., No. 13-35390**

Dear Ms. Dwyer:

I represent the appellee in this case.  I will be traveling and unavailable on August 8 and during the week of August 25.  I am therefore writing to request that the Court not schedule argument for August 8 or for the August 25–August 29 sitting.

Thank you for your attention to this matter.

Respectfully submitted,

Eric D. Miller

cc:     Counsel of Record (by ECF)

24976-0480/LEGAL120980324.1

ANCHORAGE · BEIJING · BELLEVUE · BOISE · CHICAGO · DALLAS · DENVER · LOS ANGELES · MADISON · NEW YORK
PALO ALTO · PHOENIX · PORTLAND · SAN DIEGO · SAN FRANCISCO · SEATTLE · SHANGHAI · TAIPEI · WASHINGTON, D.C.

Perkins Coie LLP