Docket No. 16–15469
_____

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
_____

NARUTO, by and through his Next Friend,
*Plaintiff-Appellant,*

v.

DAVID J. SLATER, *et al.*,
*Defendants-Appellees*
_____

On Appeal from the United States District Court
for the Northern District of California
_____

## JOINT STATUS UPDATE REGARDING SETTLEMENT
_____

| David A. Schwarz<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars<br>Suite 900<br>Los Angeles, California 90067<br>Telephone: (310) 277–1010<br>Facsimile: (310) 203–7199<br><br>*Attorneys for Plaintiff-Appellant Naruto, by and Through his Next Friend, People For the Ethical Treatment of Animals* | Jessica Valenzuela Santamaria<br>Angela L. Dunning<br>COOLEY LLP<br>3175 Hanover Street<br>Palo Alto, CA 94304-1130<br>Tel.: (650) 843-5000<br>Fax: (650) 849-7400<br><br>*Attorneys for Defendant-Appellee Blurb, Inc.* | Andrew J. Dhuey<br>456 Boynton Avenue<br>Berkeley, California 94707<br>(510) 528-8200<br><br>*Attorney for Defendants-Appellees, David John Slater and Wildlife Personalities, Ltd.* |
|---|---|---|

On August 11, 2017, the Court granted the Parties' Joint Motion to Stay this appeal through and including September 8, 2017, pending settlement negotiations. Dkt. 49. The Parties have reached an agreement and are in the process of finalizing the settlement. The Parties expect to file a joint motion to dismiss this appeal on or before September 12, 2017.

                                                    Respectfully submitted,

Dated: September 8, 2017           IRELL & MANELLA LLP

                                                    By: /s/ David A. Schwarz
                                                           David A. Schwarz

                                                    Attorneys for Plaintiff-Appellant Naruto, by and Through his Next Friend, People For the Ethical Treatment of Animals

Dated: September 8, 2017           COOLEY LLP

                                                    By: /s/ Angela L. Dunning
                                                           Angela L. Dunning

                                                    Attorneys for Defendant-Appellee Blurb, Inc.

Dated: September 8, 2017           ANDREW J. DHUEY

                                                    By: /s/ Andrew J. Dhuey
                                                           Andrew J. Dhuey

                                                    Attorney for Defendants-Appellees, David John Slater and Wildlife Personalities, Ltd.

| 9th Circuit Case Number(s) | 16-15469 |
|---|---|

**NOTE:** To secure your input, you should print the filled-in form to PDF (File > Print > *PDF Printer/Creator*).

*********************************************************************

### CERTIFICATE OF SERVICE
### When All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) Sept. 8, 2017.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Signature (use "s/" format)  /s/ Michael D. Harbour

*********************************************************************

### CERTIFICATE OF SERVICE
### When Not All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) _____.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

Signature (use "s/" format)