# OFFICE OF THE CLERK
## UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
# ACKNOWLEDGMENT OF HEARING NOTICE (SEATTLE)

**I acknowledge receipt of the notice of assignment showing my case:**

| | |
|---|---|
| Case Number | 13-35390 |
| Case Title | Huong Hoang v. IMDb.com |

**assigned for hearing:**

| | | | | | |
|---|---|---|---|---|---|
| Date | February 6, 2015 | Time | 9:00 am | Courtroom | 7th Floor Courtroom 2 |
| Location | Seattle, Washington | | | | |

**Counsel to argue (or, if argument to be presented "in pro per" enter party information):**

| | |
|---|---|
| Name | Mark A. Kressel |
| Address | Horvitz & Levy LLP, 15760 Ventura Boulevard, 18th Floor |
| City | Encino |
| State | CA |
| Zip Code | 91436 |
| Phone | (818) 995-0800 |
| Email Address | mkressel@horvitzlevy.com |
| Party/parties represented | Huong Hoang |
| Special needs you may require in the courtroom | |

☞ **Counsel who have not entered an appearance in the case(s) listed above must file a separate Notice of Appearance using Appellate ECF.**

**Admission status (to be completed by attorneys only):**

⦿ I certify that I am admitted to practice before this Court.

○ I certify that I am generally qualified for admission to practice before the bar of the Ninth Circuit and that I will immediately apply for admission (forms available at http://www.ca9.uscourts.gov).

| | | | |
|---|---|---|---|
| Signature (use "s/" format) | s/Mark A. Kressel | Date | 12/10/14 |

**Filing Instructions**

*Electronically:* Print the filled-in form to PDF (File > Print > *PDF Printer/Creator*), then, in Appellate ECF, choose Forms/Notices/Disclosures > File an Acknowledgment of Hearing Notice.
-or-
*US Mail:* Office of the Clerk, U.S. Court of Appeals, William K. Nakamura U.S. Courthouse, 1010 Fifth Avenue, Seattle WA 98104
Phone: 206-224-2200