# OFFICE OF THE CLERK
## UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## ACKNOWLEDGMENT OF HEARING NOTICE (SEATTLE)

**I acknowledge receipt of the notice of assignment showing my case:**

Case Number | 13-35390

Case Title | Huong Hoang v. IMDb.com

**assigned for hearing:**

Date | 2015-02-06 | Time | 9:00 am | Courtroom | 2

Location | Seattle, Washington

**Counsel to argue (or, if argument to be presented "in pro per" enter party information):**

Name | Eric D. Miller

Address | Perkins Coie LLP
1201 Third Avenue, Suite 4900

City | Seattle | State | WA | Zip Code | 98101

Phone | (206) 359-3773 | Email Address | EMiller@perkinscoie.com

Party/parties represented | IMDb.com

Special needs you may require in the courtroom |

☛ **Counsel who have not entered an appearance in the case(s) listed above must file a separate Notice of Appearance using Appellate ECF.**

**Admission status (to be completed by attorneys only):**

◉ I certify that I am admitted to practice before this Court.

○ I certify that I am generally qualified for admission to practice before the bar of the Ninth Circuit and that I will immediately apply for admission (forms available at http://www.ca9.uscourts.gov).

Signature (use "s/" format) | s/ Eric D. Miller | Date | 1/13/2015

**Filing Instructions**
*Electronically:* Print the filled-in form to PDF (File > Print > *PDF Printer/Creator*), then, in Appellate ECF, choose Forms/Notices/Disclosures > File an Acknowledgment of Hearing Notice.
-or-
*US Mail:* Office of the Clerk, U.S. Court of Appeals, William K. Nakamura U.S. Courthouse, 1010 Fifth Avenue, Seattle WA 98104
Phone: 206-224-2200