# OFFICE OF THE CLERK
## UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## ACKNOWLEDGMENT OF HEARING NOTICE (SEATTLE)

I acknowledge receipt of the notice of assignment showing my case:

| | |
|---|---|
| Case Number | 14-35555 |
| Case Title | Smith v. Obama |

**assigned for hearing:**

| | | | | | |
|---|---|---|---|---|---|
| Date | 12/8/14 | Time | 9:00 | Courtroom | 7th Floor Courtroom 2 |
| Location | Seattle | | | | |

**Counsel to argue (or, if argument to be presented "in pro per" enter party information):**

| | |
|---|---|
| Name | H. Thomas Byron III |
| Address | Civil Division, Appellate Staff , U.S. Department of Justice<br>950 Pennsylvania Avenue, N.W.,  Main Rm. 7260 |

| | | | | | |
|---|---|---|---|---|---|
| City | Washington | State | DC | Zip Code | 20530 |
| Phone | (202) 616-5367 | Email Address | H.Thomas.Byron@usdoj.gov | | |

| | |
|---|---|
| Party/parties represented | Defendants-Appellees |
| Special needs you may require in the courtroom | None |

☞ **Counsel who have not entered an appearance in the case(s) listed above must file a separate Notice of Appearance using Appellate ECF.**

**Admission status (to be completed by attorneys only):**

⦿ I certify that I am admitted to practice before this Court.

○ I certify that I am generally qualified for admission to practice before the bar of the Ninth Circuit and that I will immediately apply for admission (forms available at http://www.ca9.uscourts.gov).

| | | | |
|---|---|---|---|
| Signature (use "s/" format) | s/ H. Thomas Byron III | Date | 11/19/14 |

**Filing Instructions**

*Electronically:* Print the filled-in form to PDF (File > Print > *PDF Printer/Creator*), then, in Appellate ECF, choose Forms/Notices/Disclosures > File an Acknowledgment of Hearing Notice.
-or-
*US Mail:* Office of the Clerk, U.S. Court of Appeals, William K. Nakamura U.S. Courthouse, 1010 Fifth Avenue, Seattle WA 98104
Phone: 206-224-2200