No. 14-15298

# IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

_____

ROBIN ANTONICK

Plaintiff – Appellant,

v.

ELECTRONIC ARTS INC.

Defendant – Appellee.

_____

On Appeal from
United States District Court, Northern District of California
Honorable Charles R. Breyer
D.C. No. 3:11-CV-01543-CRB

_____

**UNOPPOSED MOTION TO DIVIDE ARGUMENT**
_____

David Nimmer
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 203-7079
Email: dnimmer@irell.com

Walter H. Sargent
Walter H. Sargent, P.C.
1632 N. Cascade Avenue
Colorado Springs, Colorado 80907
Telephone: (719) 577-4510
Email: wsargent@wsargent.com

Peter S. Menell
705 The Alameda
Berkeley, California 94707
Telephone: (510) 528-9886
Email: pmenell@law.berkeley.edu

Robert B. Carey
Leonard W. Aragon
Hagens Berman Sobol Shapiro LLP
11 West Jefferson Street, Suite 1000
Phoenix, Arizona 85003
Telephone: (602) 840-5900
Email: rob@hbsslaw.com
Email: leonard@hbsslaw.com

Counsel for Plaintiff – Appellant

Plaintiff-Appellant Robin Antonick respectfully moves this Court for an order permitting divided argument on his behalf. Copyright Professor David Nimmer would argue copyright issues, and trial counsel Stuart Paynter would argue trial procedure and other non-copyright issues.[1] The Clerk's office has advised counsel for Antonick that no formal motion is necessary to divide argument between attorneys for a single party. Nonetheless, because no Circuit Rule specifically addresses divided argument, Antonick makes this formal motion to avoid any misunderstanding and ensure that counsel is appropriately prepared. Counsel for Antonick has conferred with counsel for Electronic Arts, and Electronic Arts does not oppose this motion.

In this action, Antonick asserts that Electronic Arts breached his software development agreement for the Madden NFL video games by copying and otherwise using his computer code. The district court ruled that liability in the case involves the analysis of the copyright principles that govern computer software. Antonick prevailed in two separate jury trials before the district court entered judgment as a matter of law for Electronic Arts. (Opening Br., Dkt. 14 at 16, 19-20.)

This appeal involves complex questions of copyright infringement and procedural issues arising from three years of litigation and two jury trials.

---

[1] Both attorneys have filed an Acknowledgment of Hearing Notice as directed by the Clerk.

(Opening Br., Dkt. 14 at 1-2, 13.) Professor Nimmer teaches copyright law at the UCLA School of Law and for thirty years has authored the 11-volume treatise *Nimmer on Copyright*, frequently cited by the U.S. Courts of Appeals as well as the U.S. Supreme Court. Professor Nimmer is counsel for Robin Antonick in this appeal. He did not, however, represent Antonick in the district court, nor did he attend the two jury trials.

Stuart Paynter represented Antonick in the district court from the filing of the complaint onward. He represented Antonick successfully in both jury trials and attended both trials in their entirety. Mr. Paynter also took a leading role in pre-trial and post-trial briefing. As trial counsel, Mr. Paynter has special familiarity with the procedural twists and turns of the case. He is therefore well situated to deliver argument (and answer questions) about the procedural issues in this appeal.

Antonick believes that dividing the 20-minute argument between Prof. Nimmer and Mr. Paynter is the most efficient and effective approach. Antonick does not seek to enlarge the time for argument, only to allocate it between his counsel according to their expertise.

For the foregoing reasons, the Court is respectfully asked to grant Antonick's unopposed motion to divide argument and order that Antonick may divide his argument time between Professor Nimmer and Mr. Paynter.

Dated: January 14, 2016.        HAGENS BERMAN SOBOL SHAPIRO LLP

        By   s/ Robert B. Carey
            Robert B. Carey
Leonard W. Aragon
11 West Jefferson Street, Suite 1000
Phoenix, Arizona 85003
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
rob@hbsslaw.com
leonard@hbsslaw.com

David Nimmer
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 203-7079
Facsimile: (310) 203-7199
dnimmer@irell.com

Peter S. Menell
705 The Alameda
Berkeley, California 94707
Telephone: (510) 528-9886
pmenell@law.berkeley.edu

Walter H. Sargent
WALTER H. SARGENT, P.C.
1632 North Cascade Avenue
Colorado Springs, Colorado 80907
Telephone: (719) 577-4510
Facsimile: (719) 577-4696
wsargent@wsargent.com

       Stuart M. Paynter (226147)
       Jennifer L. Murray
       THE PAYNTER LAW FIRM PLLC
       1200 G Street N.W., Suite 800
       Washington, D.C. 20005
       Telephone: (202) 626-4486
       Facsimile: (866) 734-0622
       stuart@smplegal.com
       jmurray@smplegal.com

       Steve W. Berman
       HAGENS BERMAN SOBOL SHAPIRO LLP
       1918 Eighth Avenue, Suite 3300
       Seattle, Washington 98101
       Telephone: (206) 623-7292
       Facsimile: (206) 623-0594
       steve@hbsslaw.com

       Attorneys for Robin Antonick,
       Plaintiff-Appellant

## CERTIFICATE OF SERVICE

  I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on January 14, 2016.

  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

           s/ Amy Nolan