FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAR 24 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: MAGSAFE APPLE POWER ADAPTER LITIGATION, ──────────────────────────── NAOTAKA KITAGAWA, Jr.; et al.,       Plaintiffs - Appellees,   v. ROBERT JOSEPH GAUDET, Jr.,       Plaintiff - Appellant,   V. APPLE, INC.,       Defendant - Appellee. | No. 12-15757 D.C. No. 5:09-cv-01911-JW Northern District of California, San Jose ORDER |
| In re: MAGSAFE APPLE POWER ADAPTER LITIGATION, ──────────────────────────── NAOTAKA KITAGAWA, Jr.; et al.,       Plaintiffs - Appellees,   v. MARIE GRYPHON, Objector, | No. 12-15782 D.C. No. 5:09-cv-01911-JW Northern District of California, San Jose |

Plaintiff - Appellant,

V.

APPLE, INC.,

Defendant - Appellee.

Appellant Marie E. Newhouse's motion to allocate oral argument time is GRANTED IN PART.  Oral argument time shall be allocated as follows.

Appellant Newhouse's appeal (No. 12-15782) will be heard first.  Appellant Newhouse will be allowed ten minutes of oral argument time, including time reserved for rebuttal.  Appellees will then be permitted ten minutes to respond to Appellant Newhouse's argument.  Appellant Robert J. Gaudet, Jr.'s appeal (No. 12-15757) will be heard second.  Appellant Gaudet will be allowed ten minutes of oral argument time, including time reserved for rebuttal.  Appellees will then be permitted ten minutes to respond to Appellant Gaudet's argument.

These cases shall remain consolidated for all other purposes.

FOR THE COURT:

MOLLY C. DWYER
Clerk of Court

By: Wendy Lam
Deputy Clerk