UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 23 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

BEVERLY SEVCIK; et al.,

               Plaintiffs - Appellants,

  v.

BRIAN SANDOVAL, in his official
capacity as Governor of the State of
Nevada; et al.,

               Defendants - Appellees,

 and

COALITION FOR THE PROTECTION
OF MARRIAGE,

               Intervenor-Defendant -
Appellee.

No. 12-17668

D.C. No. 2:12-cv-00578-RCJ-PAL
U.S. District Court for Nevada, Las
Vegas

**ORDER**

The amicus brief submitted by the Center for Urban Renewal and

Education, Coalition of African American Pastors USA, and the Frederick

Douglass Foundation, Inc. on January 22, 2014 is filed.

Within 7 days of this order, amici curiae are ordered to file 7 copies of the

brief in paper format, with a green cover, accompanied by certification (attached to

the end of each copy of the brief) that the brief is identical to the version submitted

electronically. A sample certificate is available on the Court's website,

www.ca9.uscourts.gov, at the Electronic Filing - ECF link.

The paper copies shall be printed from the PDF version of the brief created

from the word processing application, not from PACER or Appellate ECF.

The paper copies shall be submitted to the principal office of the Clerk. For

regular U.S. mail, the address is P.O. Box 193939, San Francisco, CA 94119-3939.

For overnight mail, the address is 95 Seventh Street, San Francisco, CA 94103-

1526.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Liora Anis
Deputy Clerk