JON M. SANDS
Federal Public Defender
Robin C. Konrad (Alabama Bar No. 2194-N76K)
Assistant Federal Public Defender
850 W. Adams, Suite 201
Phoenix, Arizona 85007
602-382-2816
602-889-3690 (facsimile)
robin_konrad@fd.org

Counsel for Petitioner-Appellant

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| Graham S. Henry,<br><br>   Petitioner-Appellant,<br><br> vs.<br><br>Charles L. Ryan, *et al.*,<br><br>   Respondents-Appellees. | No. 09-99007<br><br>District Court No.<br>2:02-CV-00656-SRB<br><br>Death-Penalty Case<br><br>**Motion for Clarification** |

  Petitioner-Appellant Graham S. Henry moves this Court for clarification of its Order of December 30, 2014, denying Henry's motion to stay proceedings pending the issuance of the en banc decision in *McKinney v. Ryan*, No. 09-99018, and directing the Clerk of the Court to issue the mandate.

  In its Order, the Court states that, following its September 4, 2014, order taking Henry's case en banc, a majority of the nonrecused active judges "subsequently" voted to designate Henry's case as a "related case to *McKinney* and consolidated [the case with *McKinney*] for rehearing en banc before the same en

banc panel." Dkt. No. 119, at 3. The docket in this case, however, contains no entry or notification indicating when such a vote was taken. Counsel for Henry was not notified of such a vote and, therefore, was prevented from seeking leave of this Court to participate in the "consolidated" en banc rehearing on Henry's behalf.

Henry respectfully requests that the Court clarify its Order to indicate (1) when the "subsequent" vote of the majority of nonrecused judges to consolidate this case with *McKinney* occurred; (2) which, if any, active nonrecused judges did not participate in the vote; and (3) why the parties were not notified of the Court's action consolidating the cases until December 30, 2014.

Respectfully submitted this 30th day of December, 2014.

>JON M. SANDS
>Federal Public Defender
>Robin C. Konrad
>Assistant Federal Public Defender
>
>s/Robin C. Konrad
>Counsel for Petitioner-Appellant

## CERTIFICATE OF SERVICE

I certify that on December 30, 2014, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF System. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

s/Chelsea Hanson
Legal Assistant
Capital Habeas Unit