# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*, | |
| Plaintiffs-Appellees, | |
| v. | No. 17-35105 |
| DONALD J. TRUMP, *et al.*, | |
| Defendants-Appellants. | |

## APPELLANTS' MOTION FOR VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Appellate Procedure 42(b), appellants hereby respectfully move to dismiss their appeal in this matter, with an order taxing costs in the amount of $126.36 to appellants. Appellees have authorized us to represent that they consent to this motion.

Respectfully submitted,

/s/ Sharon Swingle
SHARON SWINGLE
*Attorney, Appellate Staff*
*Civil Division, Room 7250*
*U.S. Department of Justice*
*950 Pennsylvania Avenue NW*
*Washington, DC 20530*
*(202) 353-2689*

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2016, I electronically filed the foregoing Motion with the Clerk of the Court by using the appellate CM/ECF system. The participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

/s Sharon Swingle
Sharon Swingle

## CERTIFICATE OF COMPLIANCE

I hereby certify that this Motion complies with the word count and typeface requirements set forth in Federal Rule of Appellate Procedure 27. The Motion contains ___ words and is prepared in Times New Roman font, 14-point type.

*s/Sharon Swingle*
Sharon Swingle
