# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**William K. Suter**
Clerk of the Court
(202) 479-3011

June 26, 2013

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

     Re:  Dennis Hollingsworth, et al.
           v. Kristin M. Perry, et al.
           No. 12-144
           (Your No. 10-16696, 11-16577)

Dear Clerk:

     The opinion of this Court was announced today in the above stated case. A copy of the opinion is available on the Court's website at www.supremecourt.gov.

     The judgment or mandate of this Court will not issue for at least twenty-five days pursuant to Rule 45. Should a petition for rehearing be filed timely, the judgment or mandate will be further stayed pending this Court's action on the petition for rehearing.

                          Sincerely,

                          **William K. Suter**, Clerk

                          by

                          Cynthia Rapp
                          Deputy Clerk
                          (202) 479-3031